| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| Derek A. Newman, 190467/derek@newmanlaw.com<br>John Du Wors, 233913/duwors@newmanlaw.com<br>Derek Linke, ProHac to be filed/linke@newmanlaw.com<br>NEWMAN DU WORS LLP<br>1201 Third Avenue, Suite 1600<br>Seattle, WA 98101<br>Telephone: (206) 274-2800 | FILED |
| ATTORNEYS FOR: ESSOCIATE, INC. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ESSOCIATE, INC., a Delaware corporation,<br><br>Plaintiff(s),<br>v.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br>Defendant(s) | CASE NUMBER:<br>**SACV12-831 CJC(ANx)**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  ESSOCIATE, INC.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**  **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| | |
|---|---|
| EAGLE WEB ASSETS, INC., an Illinois corporation | Defendant |
| EWA NETWORK, INC., an Illinois corporation | Defendant |
| ESSOCIATE, INC., a Delaware corporation | Plaintiff |

05/23/2012
Date

Sign [signature: John Du Wors]

John Du Wors, 233913
Attorney of record for or party appearing in pro per