# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
|  | CASE NUMBER: |
| Plaintiff(s), <br> v. <br><br> Defendant(s). | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of _____ , of _____
  *Applicant's Name*                        *Firm Name / Address*

_____            _____
  *Telephone Number*                          *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff   ☐ Defendant

☐ Intervener or other interested person _____

and the designation of _____
                              *Local Counsel Designee /State Bar Number*

of _____
        *Local Counsel Firm / Address*

_____            _____
  *Telephone Number*                          *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED.  Fee shall be returned by the Clerk.
☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____       _____
                                                    U. S. District Judge/U.S. Magistrate Judge

G–64 ORDER (11/10)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**