NEAL M. COHEN (SBN 184978) [nmc@viplawgroup.com]
Vista IP Law Group LLP
2040 Main Street, Suite 710
Irvine, CA 92614
Tel: (949) 724-1849
Fax: (949) 625-8955

*Attorneys for Defendants*
  *Eagle Web Assets, Inc; EWA Network, Inc.*

DEREK A. NEWMAN (SBN 190467) [derek@newmanlaw.com]
JOHN D. DU WORS (SBN 233913) [john@newmanlaw.com]
Newman Du Wors LLP
100 Wilshire Boulevard, Suite 950
Santa Monica, CA  90401
Phone No.: (310) 359-8200
Fax No.: (310) 359-8190

*Attorneys for Plaintiff*
  *Essociate, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Essociate, Inc. | Case No. SACV 12-831 JVS (ANx) |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT BY <u>MORE</u> THAN 30 DAYS** |
| Eagle Web Asets, Inc. et al. | |
| Defendants. | Complaint served: May 29, 2012<br>Current response date: June 19, 2012<br>New response date: July 31, 2012 |

This action was filed May 23, 2012 [DE 1].  The Summons and Complaint was served on both Defendants Eagle Web Assets, Inc. and EWA Network, Inc. ("Defendants") May 29, 2012.  The current response date is thus June 19, 2012.

Defendants requested from Plaintiff an initial extension of time to respond to the Complaint, and a 30-day extension would have made the response due July 19, 2012.  However, Defendants' undersigned counsel will be traveling on a pre-planned and

- 1 -

prepaid vacation from July 9 – July 23, and thus Defendants requested an extension for more than 30 days, up to and including July 31, 2012.

Plaintiff agreed, but requested that if Defendants file any motion as their initial response, the motion be set for hearing the week of September 24, 2012 due to Plaintiff's counsel having a trial in August. Defendants agreed.

Thus, Plaintiff and Defendants request the Court enter an Order consistent with this agreement, as reflected in the Proposed Order submitted herewith.

**********

Dated: June 19, 2012        VISTA IP LAW GROUP LLP

                            By: /s/ Neal M. Cohen
                            Neal M. Cohen
                            *Attorneys for Defendants*
                                *Eagle Web Assets, Inc.;*
                                *EWA Network, Inc.*


Dated: June 19, 2012        NEWMAN DU WORS LLP

                            By: /s/ John Du Wors
                            John Du Wors
                            Derek A. Newman
                            *Attorneys for Plaintiff*
                                *Essociate, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served the foregoing document described as **JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT BY MORE THAN 30 DAYS** to all parties to this action as set forth below, on the date set forth below, in the manner(s) checked below.

☒ By the Court's ECF system

☐ By mail service to their attorney(s) of record, at the following address(es), on the date set forth below.

☒ By e-mail service to their attorney(s) of record, at the following email address(es), on the date set forth below.

☐ By fax service to their attorney(s) of record, at the following fax number(s), on the date set forth below.

**Counsel for Plaintiff**

Derek A. Newman (derek@newmanlaw.com)   TEL: (310) 359-8200
NEWMAN DU WORS LLP                       FAX: (310) 359-8190
100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401

John Du Wors (john@newmanlaw.com)        TEL: (206) 274-2800
Derek Linke (phv) (linke@newmanlaw.com)  FAX: (206) 274-2801
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101


Executed June 19, 2012, Irvine, California.

/s/ Neal M. Cohen
Neal M. Cohen

- 3 -