NEAL M. COHEN (SBN 184978) [nmc@viplawgroup.com]
Vista IP Law Group LLP
2040 Main Street, Suite 710
Irvine, CA 92614
Tel: (949) 724-1849
Fax: (949) 625-8955

*Attorneys for Defendants*
   *Eagle Web Assets, Inc; EWA Network, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Essociate, Inc.<br>      Plaintiff,<br>   v.<br>Eagle Web Asets, Inc. et al.<br>      Defendants. | Case No. SACV 12-831 JVS (ANx)<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT BY <u>MORE</u> THAN 30 DAYS**<br><br>Complaint served: May 29, 2012<br>Current response date: June 19, 2012<br>New response date: July 31, 2012 |

This action was filed May 23, 2012 [DE 1]. The Summons and Complaint was served on both Defendants Eagle Web Assets, Inc. and EWA Network, Inc. ("Defendants") May 29, 2012. The current response date is thus June 19, 2012.

All parties having filed a Stipulation to allow Defendants until July 31, 2012 to respond to the Complaint under certain conditions, good cause having been shown in the Stipulation, **IT IS HEREBY ORDERED AS FOLLOWS:**

   1.   Defendants shall have up to and including July 31, 2012 to respond to the Complaint;

2.   If Defendants' response includes any motions, then the motions shall be noticed for hearing the week of September 24, 2012.

**IT IS SO ORDERED**

Dated: _____
                              Hon. James V. Selna
                              United States District Judge