NEAL M. COHEN (SBN 184978) [nmc@viplawgroup.com]
Vista IP Law Group LLP
2040 Main Street, Suite 710
Irvine, CA 92614
Tel: (949) 724-1849
Fax: (949) 625-8955

*Attorneys for Defendants*
   *Eagle Web Assets, Inc.; EWA Network, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Essociate, Inc.<br><br>        Plaintiff,<br><br>    v.<br><br>Eagle Web Assets, Inc.<br>et al.<br><br>        Defendants. | Case No. SACV 12-831 JVS (ANx)<br><br>**DEFENDANTS' L.R. 7.1-1 NOTICE OF INTERESTED PARTIES**<br><br>Hon. James V. Selna |

The undersigned, counsel of record for Defendants Eagle Web Assets, Inc., and EWA Network, Inc., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

   1.   Eagle Web Assets, Inc.;
   2.   EWA Network, Inc.;
   3.   A privately held trust;
   4.   LinkTrust Systems, Inc.

Dated: July 31, 2012                    VISTA IP LAW GROUP LLP

                                        By: /s/ Neal M. Cohen
                                        Neal M. Cohen
                                        *Attorneys for Defendants*
                                            *Eagle Web Assets, Inc.;*
                                            *EWA Network, Inc.*

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I served the foregoing document described as **DEFENDANTS' L.R. 7.1-1 NOTICE OF INTERESTED PARTIES** to all parties to this action as set forth below, on the date set forth below, in the manner(s) checked below.

☒ By the Court's ECF system

☐ By mail service to their attorney(s) of record, at the following address(es), on the date set forth below.

☐ By e-mail service to their attorney(s) of record, at the following email address(es), on the date set forth below.

☐ By fax service to their attorney(s) of record, at the following fax number(s), on the date set forth below.

**Counsel for Plaintiff**

Derek A. Newman (derek@newmanlaw.com)   TEL: (310) 359-8200
NEWMAN DU WORS LLP                        FAX: (310) 359-8190
100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401

John Du Wors (john@newmanlaw.com)         TEL: (206) 274-2800
Derek Linke (phv) (linke@newmanlaw.com)   FAX: (206) 274-2801
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101

Executed July 31, 2012, Irvine, California.

/s/ Neal M. Cohen
Neal M. Cohen