NEAL M. COHEN (SBN 184978) [nmc@viplawgroup.com]
Vista IP Law Group LLP
2040 Main Street, Suite 710
Irvine, CA 92614
Tel: (949) 724-1849
Fax: (949) 625-8955

*Attorneys for Defendants*
    *Eagle Web Assets, Inc.; EWA Network, Inc.*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Essociate, Inc. | Case No. SACV 12-831 JVS (ANx) |
| Plaintiff, | |
| v. | **DEFENDANTS' F.R.CIV.P. RULE 7.1 STATEMENT** |
| Eagle Web Assets, Inc. et al. | Hon. James V. Selna |
| Defendants. | |

In accordance with F.R.Civ.P. Rule 7.1, Defendant Eagle Web Assets, Inc. states there is no publicly held corporation that owns 10% or more of its stock.

In accordance with F.R.Civ.P. Rule 7.1, Defendant EWA Network, Inc. states there is no publicly held corporation that owns 10% or more of its stock.

Dated: <u>July 31, 2012</u>                    VISTA IP LAW GROUP LLP

                                    By: <u>*/s/ Neal M. Cohen*</u>
                                    Neal M. Cohen
                                    *Attorneys for Defendants*
                                        *Eagle Web Assets, Inc.;*
                                        *EWA Network, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served the foregoing document described as **DEFENDANTS' F.R.CIV.P. RULE 7.1 STATEMENT** to all parties to this action as set forth below, on the date set forth below, in the manner(s) checked below.

☒   By the Court's ECF system

☐   By mail service to their attorney(s) of record, at the following address(es), on the date set forth below.

☐   By e-mail service to their attorney(s) of record, at the following email address(es), on the date set forth below.

☐   By fax service to their attorney(s) of record, at the following fax number(s), on the date set forth below.

**Counsel for Plaintiff**
Derek A. Newman (derek@newmanlaw.com)   TEL: (310) 359-8200
NEWMAN DU WORS LLP                      FAX: (310) 359-8190
100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401

John Du Wors (john@newmanlaw.com)       TEL: (206) 274-2800
Derek Linke (phv) (linke@newmanlaw.com) FAX: (206) 274-2801
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101


Executed July 31, 2012, Irvine, California.

/s/ Neal M. Cohen
Neal M. Cohen