1  Daniel F. Van Woerkom, Esq. (*Pro Hac Vice* Pending)
   VAN WOERKOM LAW PLLC
2  Email:  dan.vwlaw@gmail.com
   5406 West 11000 North, Suite 103-302
3  Highland, Utah  84003
   (801) 847-7707   Fax: (888) 847-7759
4
   STEPHENS FRIEDLAND LLP
5  Todd G. Friedland, Bar No. 187022
   Email:  todd@sf-lawyers.com
6  J. Gregory Dyer, Bar No. 218385
   Email:  greg@sf-lawyers.com
7  4695 MacArthur Court, Suite 1550
   Newport Beach, California  92660
8  (949) 468-3200  Fax:     (949) 468-3201

9  Attorneys for Intervenor LinkTrust Systems, Inc.

10

11 **UNITED STATES DISTRICT COURT**

12 **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

13

| | |
|---|---|
| 14  ESSOCIATE, INC., a Delaware corporation, | Case No.:  SACV12-0831 JVS(MLGx) |
| 15 | |
| 16            Plaintiff, | **NOTICE OF MOTION AND MOTION OF LINKTRUST SYSTEMS INC. FOR LEAVE TO INTEVENE UNDER FEDERAL RULE OF CIVIL PROCEDURE 24** |
| 17  vs. | |
| 18 | |
| 19  EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation, | Date of Hearing:  September 17, 2012<br>Time:              1:30 pm<br>Courtroom:    10C<br>Judge:             James V. Selna |
| 20 | |
| 21            Defendants. | |
| 22  LINKTRUST SYSTEMS, INC. | |
| 23            Intervenor and Counterclaim Plaintiff. | |
| 24 | |

25

26

27

28

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 1 -
NOTICE OF MOTION & MOTION TO INTERVENE
Case No. SACV12-0831

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT LinkTrust Systems, Inc. ("LinkTrust" or "Intervenor"), hereby moves the Court for an order granting leave to intervene in this action as Defendant and Counterclaim Plaintiff as a matter of right pursuant to Federal Rule of Civil Procedure 24(a)(2), or, alternatively, as a matter of permission at the discretion of the Court, pursuant to Federal Rule of Civil procedure 24(b)(2), and to permit Intervenors to file the [Proposed] Answer and Counterclaim in Intervention attached to this Motion as Exhibit "A".

This Motion is made on the grounds that Intervenors have a significant, legally protectable interest that relates to the subject matter of this action, the disposition of which will, as a practical matter, impair or impede their ability to protect their interests; and the present Defendants may be unlikely to adequately represent intervenor's interests in this case. The Motion is timely. This Motion is made following the conference of counsel, pursuant to Local Rule 7-3, that took place on August 3, 2012, and further subsequent efforts of the parties to reach a stipulation.

This Motion is based upon this Notice of Motion and Motion, on the Memorandum in Support thereof filed concurrently herewith, and on the Declaration of Bret Grow, on the [Proposed] Answer and Counterclaim filed concurrently herewith, on the [Proposed] Order, and on the records and pleadings on file in this matter, and on such oral argument as the Court allows.

Dated: August 15, 2012

VAN WOERKOM LAW PLLC
STEPHENS FRIEDLAND LLC

By /s/ Todd G. Friedland
_____
Todd G. Friedland
Attorneys for Intervenor
LinkTrust Systems, Inc.

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 2 -
NOTICE OF MOTION & MOTION TO INTERVENE
Case No. SACV12-0831