**Exhibit "A"**

Daniel F. Van Woerkom, Esq. (*Pro Hac Vice* Pending)
VAN WOERKOM LAW PLLC
Email: dan.vwlaw@gmail.com
5406 West 11000 North, Suite 103-302
Highland, Utah 84003
(801) 847-7707   Fax: (888) 847-7759

STEPHENS FRIEDLAND LLP
Todd G. Friedland, Bar No. 187022
Email: todd@sf-lawyers.com
J. Gregory Dyer, Bar No. 218385
Email: greg@sf-lawyers.com
4695 MacArthur Court, Suite 1550
Newport Beach, California 92660
(949) 468-3200  Fax:   (949) 468-3201

Attorneys for Intervenor/Counterclaim Plaintiff
LinkTrust Systems, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>    Defendants.<br><br>LINKTRUST SYSTEMS, INC.<br><br>    Intervenor and Counterclaim Plaintiff. | Case No.: SACV12-0831 JVS(MLGx)<br><br>**[Proposed] ANSWER AND COUNTERCLAIM OF LINKTRUST SYSTEMS, INC. IN INTERVENTION; DEMAND FOR JURY TRIAL**<br><br>Date of Hearing: September 17, 2012<br>Time: 1:30 pm<br>Courtroom: 10C<br>Judge: James V. Selna |

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 1 -

ANSWER AND COUNTERCLAIM IN INTERVENTION
Case No. SACV12-0831

## ANSWER

By leave of Court, LinkTrust Systems, Inc. ("LinkTrust" or "Intervenor"), a Utah corporation, hereby intervenes in this action, and does hereby answer the allegations of plaintiff ESSOCIATE, INC., a Delaware corporation ("Essociate") as follows:

1. LinkTrust lacks sufficient information upon which to form a belief as to the truthfulness of certain allegations in Paragraph 1 of the Complaint, and therefore denies the same.

2. LinkTrust lacks sufficient information upon which to form a belief as to the truthfulness of certain allegations in Paragraph 2 of the Complaint, and therefore denies the same.

3. LinkTrust lacks sufficient information upon which to form a belief as to the truthfulness of certain allegations in Paragraph 3 of the Complaint, and therefore denies the same.

4. LinkTrust lacks sufficient information upon which to form a belief as to the truthfulness of certain allegations in Paragraph 4 of the Complaint, and therefore denies the same.

5. LinkTrust lacks sufficient information upon which to form a belief as to the truthfulness of certain allegations in Paragraph 5 of the Complaint, and therefore denies the same.

6. LinkTrust lacks sufficient information upon which to form a belief as to the truthfulness of certain allegations in Paragraph 6 of the Complaint, and therefore denies the same.

7. LinkTrust lacks sufficient information upon which to form a belief as to the truthfulness of certain allegations in Paragraph 7 of the Complaint, and therefore denies the same.

8. LinkTrust lacks sufficient information upon which to form a belief as to

////

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 2 -
ANSWER AND COUNTERCLAIM IN INTERVENTION
Case No. SACV12-0831

the truthfulness of certain allegations in Paragraph 8 of the Complaint, and therefore denies the same.

9. LinkTrust lacks sufficient information upon which to form a belief as to the truthfulness of certain allegations in Paragraph 9 of the Complaint, and therefore denies the same.

10. LinkTrust lacks sufficient information upon which to form a belief as to the truthfulness of certain allegations in Paragraph 10 of the Complaint, and therefore denies the same.

11. LinkTrust denies the allegations in Paragraph 11 of the Complaint. LinkTrust affirmatively alleges that Paragraph 11 of the Complaint contains legal conclusions and therefore denies the same.

12. LinkTrust denies the allegations in Paragraph 12 of the Complaint. LinkTrust affirmatively alleges that Paragraph 12 of the Complaint contains legal conclusions and therefore denies the same.

13. LinkTrust denies the allegations in Paragraph 13 of the Complaint. LinkTrust affirmatively alleges that Paragraph 13 of the Complaint contains legal conclusions and therefore denies the same.

14. LinkTrust denies the allegations in Paragraph 14 of the Complaint. LinkTrust affirmatively alleges that Paragraph 14 of the Complaint contains legal conclusions and therefore denies the same.

15. LinkTrust denies the allegations in Paragraph 15 of the Complaint. LinkTrust affirmatively alleges that Paragraph 15 of the Complaint contains legal conclusions and therefore denies the same.

16. LinkTrust denies the allegations in Paragraph 16 of the Complaint. LinkTrust affirmatively alleges that Paragraph 16 of the Complaint contains legal conclusions and therefore denies the same.

### FIRST AFFIRMATIVE DEFENSE

The Complaint, and all allegations therein, fail to state any claims upon which

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 3 -

ANSWER AND COUNTERCLAIM IN INTERVENTION
Case No. SACV12-0831

relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Noninfringement)

LinkTrust does not, and has not, infringed any valid and enforceable claim of Plaintiff and/or the '660 Patent, directly or indirectly, literally or otherwise, under the doctrine and/or the reverse doctrine of equivalents.

## THIRD AFFIRMATIVE DEFENSE

### (Invalidity)

The claims of the '660 Patent as properly construed are invalid for failure to comply with one or more of the requirements of 35 U.S.C. §§101 *et seq.*, including, without limitation, the conditions of patentability set forth in §§101, 102, 103, and/or 112.

## FOURTH AFFIRMATIVE DEFENSE

### (Privileged Conduct)

Upon information and belief, Plaintiff's claims are barred, in whole or in part, because any or all of LinkTrust's conduct, individually or collectively, has been lawful, justified, and/or privileged.

## FIFTH AFFIRMATIVE DEFENSE

### (Waiver, Laches, Estoppel)

Upon information and belief, Plaintiff is barred from enforcing the '660 Patent under the doctrines of waiver, laches, and/or estoppel.

## SIXTH AFFIRMATIVE DEFENSE

### (Prosecution History Estoppel)

Upon information and belief, Plaintiff is barred from enforcing the '660 Patent under the doctrine of prosecution history estoppel.

## SEVENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Upon information and belief, Plaintiff is barred from enforcing the '660

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 4 -
ANSWER AND COUNTERCLAIM IN INTERVENTION
Case No. SACV12-0831

Patent against LinkTrust on the basis of unclean hands (Patent Misuse). Plaintiff is using the patent to obtain or coerce an unfair commercial advantage.

### EIGHTH AFFIRMATIVE DEFENSE
### (Mitigation of Damages)

Plaintiff has failed to mitigate its damages.

### NINTH AFFIRMATIVE DEFENSE
### (American Inventors Protection Act)

Upon information and belief, Plaintiff is barred from enforcing the '660 Patent under the doctrines of prior art and/or prior invention of a business method (American inventors Protection Act of 1999).

### TENTH AFFIRMATIVE DEFENSE
### (Additional Defenses)

LinkTrust may have additional defenses not now known to it, but which may be discovered during the course of these proceedings. LinkTrust does not waive such defenses and specifically asserts them hereby, reserving the right to amend to plead other affirmative defenses as they become known. LinkTrust further reserves the right to counterclaim and bring third-party complaints where appropriate.

**WHEREFORE,** LinkTrust prays that the Complaint be dismissed with prejudice and that Plaintiff take nothing by virtue of this action. LinkTrust further prays that it be awarded reasonable attorney's fees and costs incurred in defending this.

### COUNTERCLAIM

By leave of Court, LinkTrust Systems, Inc. ("LinkTrust"), a Utah corporation, hereby intervenes in this action, and does hereby demand adversely to plaintiff ESSOCIATE, INC., a Delaware corporation ("Essociate") as follows:

### NATURE OF ACTION

1. Intervenor and Counterclaim Plaintiff LinkTrust makes this counterclaim for declaratory judgment pursuant to the Federal Declaratory

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 5 -
ANSWER AND COUNTERCLAIM IN INTERVENTION
Case No. SACV12-0831

Judgment Act of: (a) patent noninfringement; and (b) invalidity of patent, both under the patent laws of the United States, Title 35 of the United States Code.

## JURISDICTION AND VENUE

2. This action arises under the Patent Laws of the United States, 35 U.S.C. §§ 1 *et seq.* This Court has subject matter jurisdiction over the action under 28 U.S.C. §§ 1331 and 1338, the Declaratory Judgment Act 28 U.S.C. §§ 2201 *et seq.*, and § 1332(a). Venue is proper in this Court under 28 U.S.C. § 1400(b) and § 1391(b)-(c).

3. This Court has personal jurisdiction over Counterclaim Defendants because Counterclaim Defendants filed its lawsuit against Counterclaim Plaintiffs in this District.

## THE PARTIES

4. Plaintiff ESSOCIATE, INC., is a Delaware corporation with its principal business address located at 4630 Geary Boulevard, Suite 101, San Francisco, California 94118.

5. Counterclaim Plaintiff LINKTRUST SYSTEMS, INC. is a Utah corporation with its principal business address located at 3130 East Maple Loop, Lehi, Utah 84003.

6. Counterclaim Plaintiff LINKTRUST SYSTEMS, INC. licenses its LinkTrust software to Defendant(s) for use in their business.

## FEDERAL DECLARATORY JUDGMENT ACT

7. Pursuant to the Federal Declaratory Judgment Act, §§ 2201 *et seq.*, this Court may declare the rights and other legal relations of any interested party.

8. In the Complaint, Counterclaim Defendant has asserted that Defendants, at least in part through their use of Counterclaim Plaintiff's LinkTrust Software licensed by Defendants, infringed U.S. Patent No. 6,804,660 ("the Patent-in-Suit"). Counterclaim Plaintiff has not, and does not, infringe the Patent-in-Suit. Furthermore, one or more claims of the Patent-in-Suit are invalid under the Patent

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 6 -

ANSWER AND COUNTERCLAIM IN INTERVENTION
Case No. SACV12-0831

Act, 35 U.S.C. § 101 *et seq.*, including but not limited to §§ 101, 102, 103, and/or 112.

9. There exists a real and actual substantial controversy between Counterclaim Plaintiff and Counterclaim Defendant before this Court where the relief sought by Counterclaim Plaintiff will resolve the controversy relative to the respective interests of the parties.

10. Accordingly, Counterclaim Plaintiff seeks Declaratory Judgment from this Court that (i) Counterclaim Plaintiff has not, and does not, infringe the Patent-in-Suit; (ii) one or more claims of the Patent-in-Suit are invalid; and, (iii) Counterclaim Plaintiff should be awarded its costs, attorneys' fees, expenses, and such other further relief as may be just and proper.

## FIRST CAUSE OF ACTION

**(Declaratory Judgment of Patent Noninfringement of the '660 Patent)**

11. Counterclaim Plaintiff herein alleges and incorporates by reference its Affirmative Defenses and paragraphs 1 through 9 of its Counterclaim as if set forth fully herein.

12. An actual and justiciable case or controversy exists between Counterclaim Plaintiff and Counterclaim Defendant as to the non-infringement of the '660 Patent.

13. Pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §2201 *et seq.*, Counterclaim Plaintiff requests the declaration of the Court that Counterclaim Plaintiff has not infringed, and does not infringe, any claim of the '660 Patent.

## SECOND CAUSE OF ACTION

**(Declaratory Judgment of the Invalidity of the '660 Patent)**

14. Counterclaim Plaintiff herein alleges and incorporates by reference its Affirmative Defenses and paragraphs 1 through 12 of its Counterclaim as if set forth fully herein.

/ / / /

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

15. An actual and justiciable case or controversy exists between Counterclaim Plaintiff and Counterclaim Defendant as to the invalidity of one or more claims of the '660 Patent.

16. Pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §2201 *et seq.*, Counterclaim Plaintiff requests the declaration of the Court that one or more claims of the '660 Patent are invalid under the Patent Act, 35 U.S.C. § 101 *et seq.*, including but not limited to §§ 101, 102, 103, and/or 112.

## PRAYER FOR RELIEF

**WHEREFORE**, LINKTRUST SYSTEMS, INC. prays as follows:

a. That the Complaint be dismissed in its entirety, with prejudice;

b. That no injunctive relief shall issue to Counterclaim Defendant;

c. That Counterclaim Defendant shall take nothing by reason of its Complaint;

d. As to the First Counterclaim for Relief, that the claims of the '660 Patent be adjudged not infringed (directly or indirectly, literally or under the doctrine of equivalents) by Counterclaim Plaintiffs;

e. As to the Second Counterclaim for Relief, that one or more claims of the '660 Patent be adjudged invalid;

f. That Counterclaim Plaintiff be awarded its costs, attorneys' fees, expenses;

g. That this action be deemed an exception under 35 U.S.C. § 285, and judgment be entered awarding Counterclaim Plaintiff its costs and reasonable fees; and,

h. For such other relief as the Court may deem just and proper.

////
////
////
////

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 8 -
ANSWER AND COUNTERCLAIM IN INTERVENTION
Case No. SACV12-0831

1 **JURY TRIAL DEMAND**

2   In accordance with Federal Rule of Civil Procedure 38, LinkTrust/

3 Counterclaim Plaintiff demands a trial by jury on all issues and claims so triable.

4

5 Dated:  August 15, 2012                    VAN WOERKOM LAW PLLC
                                             STEPHENS FRIEDLAND LLC
6

7                                                   /s/ Todd G. Friedland
                                            By_____
8                                               Todd G. Friedland
                                                Attorneys for Intervenor/Counterclaim
9                                               Plaintiff LinkTrust Systems, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 9 -
ANSWER AND COUNTERCLAIM IN INTERVENTION
Case No. SACV12-0831