Daniel F. Van Woerkom, Esq. (*Pro Hac Vice* pending)
VAN WOERKOM LAW PLLC
Email: dan.vwlaw@gmail.com
5406 West 11000 North, Suite 103-302
Highland, Utah 84003
(801) 847-7707   Fax: (888) 847-7759

STEPHENS FRIEDLAND LLP
Todd G. Friedland, Bar No. 187022
Email: todd@sf-lawyers.com
J. Gregory Dyer, Bar No. 218385
Email: greg@sf-lawyers.com
4695 MacArthur Court, Suite 1550
Newport Beach, California 92660
(949) 468-3200  Fax:   (949) 468-3201

Attorneys for Intervenor LinkTrust Systems, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>　　　　　Defendants.<br><br>LINKTRUST SYSTEMS, INC.<br><br>　　　Intervenor and<br>　　　Counterclaim Plaintiff. | Case No.: SACV12-0831 JVS(MLGx)<br><br>**DECLARATION OF BRET GROW IN SUPPORT OF MOTION OF LINKTRUST SYSTEMS INC. FOR LEAVE TO INTEVENE UNDER FEDERAL RULE OF CIVIL PROCEDURE 24**<br><br>Date of Hearing:　September 17, 2012<br>Time:　　　　　　1:30 pm<br>Courtroom:　　　10C<br>Judge:　　　　　 James V. Selna |

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 1 -

DECLARATION OF BRET GROW IN SUPPORT OF MOTION TO INTERVENE
Case No. SACV12-0831 JVS(MLGx)

# DECLARATION OF BRET GROW

I, Bret Grow, declare:

1. I am the President of LinkTrust Systems, Inc. ("LinkTrust"), Intervenor in the abov-entitled matter. I have personal knowledge of the matters set forth herein, and if called as a witness in this case, I could and would testify competently thereto.

2. LinkTrust sells and licenses a software platform used by Defendant(s) which supports Defendant(s)' online marketing and sales business and/or Denfendant(s)' re-licensing of the same.

3. Defendants have informed LinkTrust that they believe the LinkTrust software platform the be the entire basis of the patent infringement claim made by Plaintiff.

4. To the extent Defendant(s) are accurate, Linktrust definitely has a significantly protectable interest. LinkTrust's ability to sell and license its software platform used by Defendant(s) and other clients would be prejudiced by unfavorable resolution of the patent infringement claim made by Plaintiff.

5. Defendant(s) are licensee(s) of Linktrust software which they they use and/or re-license. Linktrust is the owner and developer of software used by Defendant(s).

6. To the extent Linktrust's software is the basis of the patent infringement claim made by Plaintiff, as claimed by Defendant(s), LinkTrust controls the facts and has the expertise required to make the arguments in defense of the patent infringement claim. Defendant(s) cannot make all such arguments without Linktrust's guidance and assistance. As such, Defendant(s) cannot adequately represent Linktrust's interests to the extent Linktrust's software is the basis of the patent infringement claim made by Plaintiff.

////
////

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

2

DECLARATION OF BRET GROW IN SUPPORT OF MOTION TO INTERVENE
Case No. SACV12-0831 JVS(MLGx)

7. This application is being filed approximately fifteen (15) days after a responsive pleading was due as agreed to between the current parties (the Complaint having been filed on May 23, 2012). Discovery has yet to begin. The Court has yet to make any substantive ruling. As such, the motion is timely, and no party can claim prejudice. Intervention will not prejudice the existing parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this __14th__ day of __August__, 2012, at __UTAH County__, __UTAH__.

_____
Bret Grow, Declarant

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

3

DECLARATION OF BRET GROW IN SUPPORT OF MOTION TO INTERVENE
Case No. SACV12-0831 JVS(MLGx)