STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>Defendants.<br><br>LINKTRUST SYSTEMS, INC.<br><br>Intervenor and Counterclaim Plaintiff. | Case No.: SACV12-0831 JVS(MLGx)<br><br>**[Proposed] ORDER GRANTING MOTION OF LINKTRUST SYSTEMS INC. FOR LEAVE TO INTEVENE UNDER FEDERAL RULE OF CIVIL PROCEDURE 24**<br><br>Date of Hearing: September 10, 2012<br>Time: 1:30 pm<br>Courtroom: 10C<br>Judge: James V. Selna |

Having considered the Motion by Intervenor, LinkTrust Systems, Inc. ("LinkTrust") to Intervene in this action as Defendant and Counterclaim Plaintiff as a matter of right pursuant to Federal Rule of Civil Procedure 24(a)(2), or, alternatively, as a matter of permission at the discretion of the Court, pursuant to Federal Rule of Civil Procedure 24(b)(2), and to permit Intervenor to file the Answer and Counterclaim in Intervention attached to the Motion as Exhibit "A",

**IT IS HEREBY ORDERED** that Intervenor LinkTrust is entitled to intervene as a matter of right pursuant to Federal Rule of Civil Procedure 24(a)(2).

Alternatively, **IT IS HEREBY ORDERED** that LinkTrust is granted permission to intervene, at the discretion of this Court, pursuant to Federal Rule of Civil Procedure 249b)(2), and to file the Answer and Counterclaim in Intervention submitted as Exhibit "A" to the Motion.

**IT IS FURTHER ORDERED** that said Answer and Counterclaim in Intervention is deemed filed and served as of the date of this Order.

Dated: _____, 2012        _____
                                  The Honorable James V. Selna
                                  United States District Court Judge

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 2 -
ORDER GRANTING MOTION BY LINKTRUST SYSTEMS, INC. TO INTERVENE
Case No. SACV12-0831