Name and address:
Daniel F. Van Woerkom, Esq.
VAN WOERKOM LAW PLLC
Email: dan.vwlaw@gmail.com
5406 West 11000 North, Suite 103-302
Highland, Utah 84003
(801) 847-7707   Fax: (888) 847-7759
Intervenor LinkTrust Systems, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ESSOCIATE, INC., a Delaware corporation, | CASE NUMBER |
|---|---|
| Plaintiff(s) v. | SACV12-0831 JVS(MLGx) |
| EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation, Defendant(s). | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Daniel F. Van Woerkom, Esq._____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☐ Defendant: Intervenor LinkTrust Systems, Inc._____ by whom I have been retained.

My business information is:
VAN WOERKOM LAW PLLC
*Firm Name*
5406 West 11000 North, Suite 103-302
*Street Address*
Highland, Utah 84003           dan.vwlaw@gmail.com
*City, State, Zip*              *E-Mail Address*
(801) 847-7707                 (888) 847-7759
*Telephone Number*              *Fax number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| Supreme Court of Utah | October 19, 1999 |
| U.S. District Court, District of Utah | October 19, 1999 |
| | |
| | |

G-64 (11/11)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE    PAGE 1 of 2
CCD-G64

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate J. Gregory Dyer, and Todd G. Friedland as local counsel, whose business information is as follows:

STEPHENS FRIEDLAND LLP
*Firm Name*

4695 MacArthur Court, Suite 1550
*Street Address*

Newport Beach, California 92660         greg@sf-lawyers.com; todd@sf-lawyers.com
*City, State, Zip*                      *E-Mail Address*

(949) 468-3200                          (949) 468-3201
*Telephone Number*                      *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated July 31, 2012

Daniel F. Van Woerkom
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated August 1, 2012

J. Gregory Dyer
*Designee's Name (please print)*

/s/ J. Gregory Dyer
*Designee's Signature*

218385
*Designee's California State Bar Number*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.



# Utah State Bar

645 South 200 East, Suite 310 · Salt Lake City, Utah 84111-3834
Telephone: 801-531-9077 · Fax: 801-531-0660
www.utahbar.org

John C. Baldwin
Executive Director

Board of Commissioners

Rodney G. Snow
President
Clyde Snow & Sessions
Salt Lake City

Lori W. Nelson
President-elect
Jones Waldo Holbrook &
McDonough
Salt Lake City

Steven R. Burt, AIA
Public Member
Entelen Design-Build

H. Dickson Burton
TraskBritt
Salt Lake City

Su J. Chon
Salt Lake County
Property Rights Ombudsman
Office
Salt Lake City

Christian W. Clinger
Clinger Lee Clinger
Salt Lake City

Evelyn J. Furse
Salt Lake City Attorney's Office
Salt Lake City

James D. Gilson
Callister Nebeker &
McCullough
Salt Lake City

Mary Kay Griffin, CPA
Public Member
Mayer Hoffman McCann

Curtis M Jensen
Snow Jensen & Reece
St George

Felshaw King
King & King
Kaysville

John R. Lund
Snow Christensen &
Martineau
Salt Lake City

Herm Olsen
Hillyard Anderson & Olsen
Logan

Robert O. Rice
Ray Quinney & Nebeker
Salt Lake City

Thomas W. Seiler
Robinson Seiler & Anderson
Provo

July 31, 2012

To Whom It May Concern:

Re: **CERTIFICATE OF GOOD STANDING for DANIEL F. VAN WOERKOM**

This is to certify that **DANIEL F. VAN WOERKOM**, Utah State Bar **No. 8500**, was admitted to practice law in Utah on **October 19, 1999** and is an **ACTIVE** member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

No public disciplinary action involving professional misconduct has been taken against the license of **DANIEL F. VAN WOERKOM** to practice law.

Katherine A. Fox
General Counsel
Utah State Bar

*Do the Public Good · Volunteer for Pro Bono*