Name & Address:

Daniel F. Van Woerkom, Esq.
VAN WOERKOM LAW PLLC
5406 West 11000 North, Suite 103-302
Highland, Utah  84003

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br><br>Plaintiff(s)<br>v.<br>EAGLE WEB ASSETS, INC., an Illinois corporation; and<br>EWA NETWORK, INC., an Illinois corporation,<br><br>Defendant(s). | CASE NUMBER<br>SACV12-0831 JVS(MLGx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of <u>Daniel F. Van Woerkom, Esq.</u>                    ,
*Applicant's Name*

of <u>VAN WOERKOM LAW PLLC, 5406 West 11000 North, Suite 103-302, Highland, Utah 84003</u>
*Firm Name/Address*

<u>(801) 847-7707</u>                                        <u>dan.vwlaw@gmail.com</u>
　　　*Telephone Number*                                   *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☐ Defendant

<u>Intervenor LinkTrust Systems, Inc.</u>

and the designation of <u>J. Gregory Dyer, Esq., California State Bar No. 218385</u>
*Local Counsel Designee/State Bar Number*

of <u>STEPHENS FRIEDLAND LLP, 4695 MacArthur Court, Suite 1550, Newport Beach, California 92660</u>
*Local Counsel Firm/Address*

<u>(949) 468-3200</u>                                        <u>greg@sf-lawyers.com</u>
　　　*Telephone Number*                                   *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

　　☐ GRANTED
　　☐ DENIED. Fee, if paid, shall be returned by the Clerk.
　　☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____              _____
                                                              U. S. District Judge/U.S. Magistrate Judge