Name & Address:

Daniel F. Van Woerkom, Esq.
VAN WOERKOM LAW PLLC
5406 West 11000 North, Suite 103-302
Highland, Utah 84003

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 15 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>Plaintiff(s)<br>v.<br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>Defendant(s). | CASE NUMBER<br><br>SACV12-0831 JVS(MLGx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Daniel F. Van Woerkom, Esq.__,
*Applicant's Name*

of __VAN WOERKOM LAW PLLC, 5406 West 11000 North, Suite 103-302, Highland, Utah 84003__
*Firm Name/Address*

__(801) 847-7707__                        __dan.vwlaw@gmail.com__
*Telephone Number*                        *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☐ Defendant

__Intervenor LinkTrust Systems, Inc.__

and the designation of __J. Gregory Dyer, Esq., California State Bar No. 218385__
*Local Counsel Designee/State Bar Number*

of __STEPHENS FRIEDLAND LLP, 4695 MacArthur Court, Suite 1550, Newport Beach, California 92660__
*Local Counsel Firm/Address*

__(949) 468-3200__                        __greg@sf-lawyers.com__
*Telephone Number*                        *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated __8/15/12__

*[signature]*
U. S. District Judge/~~U.S. Magistrate Judge~~