Daniel F. Van Woerkom, Esq. (*Pro Hac Vice* Pending)
VAN WOERKOM LAW PLLC
Email: dan.vwlaw@gmail.com
5406 West 11000 North, Suite 103-302
Highland, Utah 84003
(801) 847-7707   Fax: (888) 847-7759

STEPHENS FRIEDLAND LLP
Todd G. Friedland, Bar No. 187022
Email: todd@sf-lawyers.com
J. Gregory Dyer, Bar No. 218385
Email: greg@sf-lawyers.com
4695 MacArthur Court, Suite 1550
Newport Beach, California 92660
(949) 468-3200  Fax:     (949) 468-3201

Attorneys for Intervenor LinkTrust Systems, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>　　　　　Defendants.<br>LINKTRUST SYSTEMS, INC.<br><br>　　　　　Intervenor and Counterclaim Plaintiff. | Case No.: SACV12-0831 JVS (MLGx)<br><br>**INTERVENOR LINKTRUST SYSTEMS INC.'S L.R. 7.1-1 NOTICE OF INTERESTED PARTIES** |

- 1 -

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

INTERVENOR LINKTRUST SYSTEM INC.'S L.R. 7.1-1
NOTICE OF INTERESTED PARTIES

Case No. SACV12-0831

The undersigned, counsel of record for LinkTrust Systems, Inc. ("LinkTrust" or "Intervenor"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. LinkTrust Systems, Inc.;
2. Eagle Web Assets, Inc.;
3. EWA Network, Inc.; and
4. An unidentified privately held trust identified in Defendants' Notice of Interested Parties dated July 31, 2012.

Dated: August 17, 2012

VAN WOERKOM LAW PLLC
STEPHENS FRIEDLAND LLC

By /s/ Todd G. Friedland
_____
Todd G. Friedland
Attorneys for Intervenor
LinkTrust Systems, Inc.

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 2 -
INTERVENOR LINKTRUST SYSTEM INC.'S L.R. 7.1-1
NOTICE OF INTERESTED PARTIES
Case No. SACV12-0831