1  Daniel F. Van Woerkom, Esq.
   VAN WOERKOM LAW PLLC
2  Email:  dan.vwlaw@gmail.com
   5406 West 11000 North, Suite 103-302
3  Highland, Utah  84003
   (801) 847-7707   Fax: (888) 847-7759
4
   STEPHENS FRIEDLAND LLP
5  Todd G. Friedland, Bar No. 187022
   Email:  todd@sf-lawyers.com
6  J. Gregory Dyer, Bar No. 218385
   Email:  greg@sf-lawyers.com
7  4695 MacArthur Court, Suite 1550
   Newport Beach, California  92660
8  (949) 468-3200  Fax:       (949) 468-3201

9  Attorneys for Intervenor LinkTrust Systems, Inc.

10

11            **UNITED STATES DISTRICT COURT**

12    **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

13

14  ESSOCIATE, INC., a Delaware          Case No.:  SACV12-0831 JVS(MLGx)
    corporation,
15
                          Plaintiff,     **REPLY MEMORANDUM IN**
16                                       **SUPPORT OF MOTION OF**
                                         **LINKTRUST SYSTEMS INC. FOR**
17  vs.                                  **LEAVE TO INTERVENE UNDER**
                                         **FEDERAL RULE OF CIVIL**
18                                       **PROCEDURE 24**
    EAGLE WEB ASSETS, INC., an
19  Illinois corporation; and EWA
    NETWORK, INC., an Illinois           Date of Hearing:   September 17, 2012
20  corporation,                         Time:              1:30 pm
                                         Courtroom:         10C
21                        Defendants.    Judge:             James V. Selna

22

23  LINKTRUST SYSTEMS, INC.

                          Intervenor.
24

25

26

27

28

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

## REPLY MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE

LinkTrust Systems, Inc. ("LinkTrust" or "Intervenor"), seeks to intervene in this action as Defendant and Counterclaim Plaintiff as a matter of right pursuant to Federal Rule of Civil Procedure 24(a)(2), or, alternatively, as a matter of permission at the discretion of the Court, pursuant to Federal Rule of Civil procedure 24(b)(2), and to permit Intervenor to file the [Proposed] Answer and Counterclaim in Intervention attached to the Motion as Exhibit "A".

Plaintiff's time to oppose LinkTrust's Motion has run without response. Plaintiff's failure to file an opposition to LinkTrust's Motion is significant because a party's failure to file an opposition to a motion allows the Court to deem that the party has consented to granting of that motion. *See* L.R. 7-12 ("The failure to file any required document . . . may be deemed consent to the granting . . . of the motion.")

As noted in its Motion, Intervenor LinkTrust is entitled to intervene as a matter of right pursuant to Federal Rule of Civil Procedure 24(a)(2). Alternatively, LinkTrust requests permissive intervention pursuant to Federal Rule of Civil Procedure 249b)(2).

For the foregoing reasons, Intervenor LinkTrust respectfully requests that the Court grant its Motion.

Dated: August 31, 2012　　　　　　　　VAN WOERKOM LAW PLLC
　　　　　　　　　　　　　　　　　　STEPHENS FRIEDLAND LLC


　　　　　　　　　　　　　　　　　　　　/s/ Todd G. Friedland
　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　　Todd G. Friedland
　　　　　　　　　　　　　　　　　　Attorneys for Intervenor
　　　　　　　　　　　　　　　　　　LinkTrust Systems, Inc.

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 2 -

REPLY MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE

Case No. SACV12-0831