Daniel F. Van Woerkom, Esq.
VAN WOERKOM LAW PLLC
Email: dan.vwlaw@gmail.com
5406 West 11000 North, Suite 103-302
Highland, Utah 84003
(801) 847-7707   Fax: (888) 847-7759

STEPHENS FRIEDLAND LLP
Todd G. Friedland, Bar No. 187022
Email: todd@sf-lawyers.com
J. Gregory Dyer, Bar No. 218385
Email: greg@sf-lawyers.com
4695 MacArthur Court, Suite 1550
Newport Beach, California 92660
(949) 468-3200  Fax:   (949) 468-3201

Attorneys for Intervenor LinkTrust Systems, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>    Defendants.<br><br>LINKTRUST SYSTEMS, INC.<br><br>    Intervenor and Counterclaim Plaintiff. | Case No.: SACV12-0831 JVS(MLGx)<br><br>**INTERVENOR LINKTRUST SYSTEMS INC.'S F.R.CIV.P. 7.1 STATEMENT** |

- 1 -
INTERVENOR LINKTRUST SYSTEM INC.'S F.R.Civ.P. 7.1 STATEMENT
Case No. SACV12-0831

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

In accordance with F. R.Civ.P. Rule 7.1, Intervenor LinkTrust Systems Inc. states there is no publicly held corporation that owns 10% or more of its stock.

Dated:  August 31, 2012

VAN WOERKOM LAW PLLC
STEPHENS FRIEDLAND LLC

/s/ Todd G. Friedland
By_____
Todd G. Friedland
Attorneys for Intervenor
LinkTrust Systems, Inc.

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 2 -
INTERVENOR LINKTRUST SYSTEM INC.'S F.R.Civ.P. 7.1 STATEMENT
Case No. SACV12-0831