UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 12-0831 JVS (MLGx)                              Date  September 10, 2012

Title  Essociate, Inc. v. Eagle Web Assets, Inc.

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    (In Chambers)
                    Order Granting LinkTrust Systems, Inc.'s Motion to Intervene

   On August 15, 2012, LinkTrust Systems, Inc. moved the Court to grant it leave to intervene in this action as a defendant and counterclaim plaintiff as a matter of right pursuant to Federal Rule of Civil Procedure 24(a)(2) or as a matter of discretion by the Court pursuant to 24(b)(2).  (Docket No. 14.)  The motion is set for hearing on September 17, 2012.

   Local Rule 7-9 provides that an opposing party shall file "not later than twenty-one (21) days before the date designated for the hearing of the motion . . . the evidence upon which the opposing party will rely in opposition to the motion and a brief but complete memorandum which shall contain a statement of all the reasons in opposition." L.R. 7-9. Any opposition brief was supposed to be filed by August 27, 2012; none has been filed. Local Rule 7-12 provides that "failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." L.R. 7-12.  The Court therefore deems the failure to oppose the motion as consent to granting of the motion.  Additionally, the Court has reviewed the motion and finds it meritorious. Accordingly, the motion is GRANTED.

   The Court finds that oral argument would not be helpful in this matter and therefore vacates the September 17, 2012 hearing.  Fed. R. Civ. P. 78; Local Rule 7-15.

   IT IS SO ORDERED.

                                                                                  0  :  00

                                                        Initials of Preparer    kjt