**JUDGE JAMES V. SELNA**
**PRESUMPTIVE SCHEDULE OF PRETRIAL DATES**

| Matter | Time | Weeks before trial | Plaintiff's Request (Fill in specific date) | Defendant's Request (Fill in specific date) | Court Order |
|---|---|---|---|---|---|
| Trial date (jury) (court) Estimated length: ___7___ days | 8:30 a.m. (Tuesdays) |  | 3/25/14 |  |  |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony |  | -1 | 3/17/14 |  |  |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to Statement of Case | 11:00 a.m. (Mondays) | -2 | 3/10/14 |  |  |
| Lodge Pretrial Conf. Order File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement |  | -3 | 3/3/14 |  |  |
| Last day for hand-serving Motions in Limine |  | -6 | 2/10/14 |  |  |
| Last day for hearing motions | 1:30 p.m. (Mondays) | -7 | 1/20/14 |  |  |
| Last day for hand-serving motions and filing (other than Motions in Limine) |  | -11 | 12/23/13 |  |  |
| Non-expert Discovery cut-off |  | -15 | 9/24/13 |  |  |

**ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE**

L.R. 16-15 ADR Choice:   (1) CT/USMJ   (2) Court Mediation Panel   (3) Private ADR

| Matter | | | Plaintiff's Request | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| Expert discovery cut-off |  |  | 12/16/13 |  |  |
| Rebuttal Expert Witness Disclosure |  |  | 11/15/13 |  |  |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] |  |  | 10/14/13 |  |  |
| Last day to conduct ADR Procedure |  |  |  |  |  |
| Last day to amend pleadings or add parties |  |  |  |  |  |

# EXHIBIT A