Name and address:
Derek A. Newman, 190467
John Du Wors, 233913
Derek Linke, Pro Hac vice pending
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101

FILED

2012 OCT -3 PM 12: 21

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

MAD
BY Lodged Order

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ESSOCIATE, INC.,

Plaintiff(s)

v.

EAGLE WEB ASSETS, INC.,

Defendant(s).

CASE NUMBER

JVS (MLGx)

SACV12-00831 ~~CJC (ANx)~~

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Derek Linke _____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: Essociate, Inc. _____ by whom I have been retained.

My business information is:
Newman Du Wors, LLP
*Firm Name*

1201 3rd Avenue, Suite 1600
*Street Address*

Seattle, WA 98101
*City, State, Zip*

linke@newmanlaw.com
*E-Mail Address*

(206) 274-2800
*Telephone Number*

(206) 274-2801
*Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| See Exhibit A - Attached | |

PAID
OCT 4 2012
Clerk, U.S. District Court
COURT 4612

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| See Exhibit A - Attached | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate **Derek A. Newman** as local counsel, whose business information is as follows:

Newman Du Wors, LLP
*Firm Name*

100 Wilshire Blvd, Suite 950
*Street Address*

Santa Monica, CA 90401
*City, State, Zip*

derek@newmanlaw.com
*E-Mail Address*

(310) 359-8200
*Telephone Number*

(310) 359-8190
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated September 19, 2012

Derek Linke
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated September 19, 2012

Derek A. Newman
*Designee's Name (please print)*

*Designee's Signature*

190467
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

G-64 (11/11)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE   PAGE 2 of 2

Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401
Telephone: (310) 359-8200
Facsimile: (310) 359-8190

John Du Wors, State Bar No. 233913
john@newmanlaw.com
Derek Linke (*pro hac vice* to be filed)
linke@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Attorneys for Plaintiff
ESSOCIATE, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| ESSOCIATE, INC., | Case No. SACV12-00831 CJC (ANx) |
|---|---|
| Plaintiff, | **EXHIBIT A TO APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |
| v. | |
| EAGLE WEB ASSETS, INC., | |
| Defendants. | |

1

**EXHIBIT A TO APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

## I. ELIGIBLE TO PRACTICE BEFORE THE FOLLOWING COURTS

| Title of Court | Date of Application |
|---|---|
| Washington State Supreme Court | 11/17/2006 |
| U.S.D.C., Western District of Washington | 4/13/2007 |
| U.S.D.C., Eastern District of Washington | 6/25/2008 |
| U.S. Circuit Court of Appeals for the Ninth Circuit | 12/31/2008 |
| U.S.D.C., Western District of Wisconsin | 10/26/2010 |

## II. PREVIOUS *PRO HAC VICE* APPLICATIONS WITHIN THREE YEARS

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| 09-00536 | Essociate, Inc. v. Clickxchange Corporation, et al. | May 5, 2009 | Granted |
| 09-07084 | John G. Branca, et. al. v. Heal The World Foundation, et. al. | November 9, 2009 | Granted |
| 10-02107 | Essociate v. Blue Whaler Investments, LLC, et al. | March 29, 2010 | Granted |
| 10-05376 | Essociate, Inc. v. W4 Media LLC et al. | July 23, 2010 | Granted |
| 10-09622 | Angel Pictures Intl., Inc. v. Sin City Entertainment, Inc., et al. | March 2, 2011 | Granted |
| 11-01562 | Fredianelli v. Jenkins, et al. | April 5, 2011 | Granted |
| 12-00444 | Essociate v. Leaplab Corp. | April 27, 2012 | Granted |

EXHIBIT A TO APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

# CERTIFICATION OF CURRENT STATUS

September 17, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Derek Linke**, WSBA ID# **38314** was admitted to the practice of law in this state by the Supreme Court of Washington on **November 17 2006**, and is, as of today's date, an **Active member** of the Washington State Bar Association, **Eligible** to practice law in this state.

This certificate reflects the member's status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Certification of Status History. Complete discipline information, including confidential and public information about grievances and disciplinary proceedings, is available with written authorization signed by the member, through a Discipline History Certificate.

_____
Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA