Name & Address:
Derek A. Newman, 190467
John Du Wors, 233913
Derek Linke, Pro Hac Vice pending
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>                                        Plaintiff(s)<br>                v.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>                                        Defendant(s). | CASE NUMBER:<br><br>SACV12-00831 JVS (MLGx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>Derek Linke</u>, of <u>Newman Du Wors, LLP, 1201 3rd Avenue, Suite 1600, Seattle, WA 98101</u>
   *Applicant's Name*                                                     *Firm Name / Address*

<u>(206) 274-2800</u>                                            <u>linke@newmanlaw.com</u>
*Telephone Number*                                            *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff    ☐ Defendant
☐ Intervener or other interested person <u>Essociate, Inc.</u>

and the designation of <u>Derek A. Newman, California State Bar No. 190467</u>
                                   *Local Counsel Designee /State Bar Number*

of <u>Newman Du Wors, LLP, 100 Wilshire Blvd. Suite 950, Santa Monica, CA 90401</u>
                             *Local Counsel Firm / Address*

<u>(310) 359-8188</u>                                        <u>derek@newmanlaw.com</u>
*Telephone Number*                                      *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated  October 10, 2012                        *[signature]*
                                           U. S. District Judge/~~U.S. Magistrate Judge~~