UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-0831 JVS (MLGx) | Date | October 11, 2012 |
| Title | Essociate, Inc. v. Eagle Web Assets, Inc. | | |

Present: The Honorable   James V. Selna

| Nancy Boehme | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Derek Newman | Neal Cohen |
| | J. Gregory Dyer |
| | Dan Van Woerkom |
| | Todd G. Friedland |

**Proceedings:**   Scheduling Conference

    Cause called and counsel make their appearances.  The Court and counsel confer.  The Court sets the case management dates with the agreement of counsel as follows:

        Jury Trial                        March 25, 2014 at 8:30 a.m.
            Findings of Fact and Conclusions of Law not later than March 1, 2014

        Final PreTrial Conference      March 10, 2014 at 11:00 a.m.
            File PreTrial Documents not later than March 3, 2014
            File motions in limine not later than February 10, 2014

        Discovery Cut-off            September 24, 2013

        Expert Discovery Cut-off      December 16, 2013
            Initial disclosure of Experts not later than October 14, 2013
            Rebuttal disclosure of Experts not later than November 15, 2013

        Law and Motion Cut-off       January 21, 2014 at 8:30 a.m.
            Motions to be filed and served not later than December 23, 2013

        Markman Hearing           July 22, 2013 at 3:00 p.m.

    The Court adopts the patent specific dates set out in counsels' Joint Rule 26(f) Report filed on September 18, 2012.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 12-0831 JVS (MLGx)                    Date  October 11, 2012

Title     Essociate, Inc. v. Eagle Web Assets, Inc.

      Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-14 is the private mediation.  The Court orders that any settlement discussions shall be completed not later than September 30, 2013.  Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

                                                                                                                                 0 : 04

Initials of Preparer     nkb