| Name and address<br>Daniel F. Van Woerkom, Esq.<br>VAN WOERKOM LAW PLLC<br>5406 West 11000 North, Suite 103-302<br>Highland, Utah 84003<br>Telephone: (810) 847-7707<br>Fax: (888) 847-7759 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ESSOCIATE, INC., a Delaware corporation,<br><br>                                             Plaintiff(s)<br>v.<br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>                                             Defendant(s) | CASE NUMBER<br><br>SA CV 12-00831 JVS(MLGx)<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

<u>Eagle Web Assets, Inc.</u>          ☐ Plaintiff  [x] Defendant  ☐ Other _____
       *Name of Party*

to substitute <u>Daniel F. Van Woerkom, Esq.</u> _____ who is

[x] Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

<u>5406 West 11000 North, Suite 103-302,</u>
                                    *Street Address*

<u>Highland, Utah 84003</u>                    <u>dan.vwlaw@gmail.com</u>
     *City, State, Zip*                               *E-Mail Address*

<u>(801) 847-7707</u>              <u>(888) 847-7759</u>              <u>PHV admitted (See Dkt # 16)</u>
  *Telephone Number*              *Fax Number*                     *State Bar Number*

as attorney of record in place and stead of <u>Neal M. Cohen, Esq.</u>
                                                                *Present Attorney*

**is hereby**       ☐ **GRANTED**      ☐ **DENIED**


Dated _____                         _____
                                                U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL :** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.