Name and address
Daniel F. Van Woerkom, Esq.
  email: dan.vwlaw@gmail.com
VAN WOERKOM LAW PLLC
5406 West 1100 North, Suite 103-302
Highland, UT 84003
Ph: (810) 847-7707 / Fx: (888) 847-7759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ESSOCIATE, INC., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 12 CV 831 JVS (MLGx) |
| v. | |
| EAGLE WEB ASSETS, INC., et al. | **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| Defendant(s). | |

EWA Network, Inc.
_Name of Party_ ☐ Plaintiff ☑ Defendant ☐ Other

hereby requests that the Court approve the substitution of  Daniel F. Van Woerkom
_New Attorney_

as attorney of record instead of Neal M. Cohen
_Present Attorney_

Dated November    , 2012

_Signature of Party/Authorized Representative of Party_

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  November 1, 2012

_Signature of Present Attorney_

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  November   , 2012

_Signature of New Attorney_

PHV admitted (See Dkt. Entry 16)
_State Bar Number_

If party requesting to appear Pro Se:

Dated _____

_Signature of Requesting Party_

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (07/12)          REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY