Name and address
Daniel F. Van Woerkom, Esq.
VAN WOERKOM LAW PLLC
5406 West 11000 North, Suite 103-302
Highland, Utah 84003
Telephone: (810) 847-7707
Fax: (888) 847-7759

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ESSOCIATE, INC., a Delaware corporation,

Plaintiff(s)

v.

EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,

Defendant(s).

CASE NUMBER

SA CV 12-00831 JVS(MLGx)

ORDER ON
REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY

The Court hereby orders that the request of:

EWA Network, Inc.     [ ] Plaintiff  [x] Defendant  [ ] Other _____
  *Name of Party*

to substitute  Daniel F. Van Woerkom, Esq.  who is

[x] Retained Counsel   [ ] Counsel appointed by the Court (Criminal cases only)   [ ] Pro Se

5406 West 11000 North, Suite 103-302,
  *Street Address*

Highland, Utah 84003                    dan.vwlaw@gmail.com
  *City, State, Zip*                      *E-Mail Address*

(801) 847-7707          (888) 847-7759          PHV admitted (See Dkt # 16)
  *Telephone Number*      *Fax Number*            *State Bar Number*

as attorney of record in place and stead of  Neal M. Cohen, Esq.
                                              *Present Attorney*

**is hereby**   [ ] **GRANTED**   [ ] **DENIED**


Dated _____          _____
                                         U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.