| | |
|---|---|
| 1 | Daniel F. Van Woerkom, Esq. (*Pro Hac Vice*) |
| 2 | VAN WOERKOM LAW PLLC<br>Email: dan.vwlaw@gmail.com |
| 3 | 5406 West 11000 North, Suite 103-302<br>Highland, Utah  84003 |
| 4 | (801) 847-7707   Fax: (888) 847-7759 |
| 5 | STEPHENS FRIEDLAND LLP<br>Todd G. Friedland, Bar No. 187022 |
| 6 | Email: todd@sf-lawyers.com<br>J. Gregory Dyer, Bar No. 218385 |
| 7 | Email: greg@sf-lawyers.com<br>4695 MacArthur Court, Suite 1550 |
| 8 | Newport Beach, California  92660<br>(949) 468-3200  Fax: (949) 468-3201 |
| 9 | Attorneys for Defendants Eagle Web Assets, Inc., an Illinois |
| 10 | corporation; EWA Network, Inc., an Illinois corporation and Intervenor LinkTrust Systems, Inc. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>  Defendants.<br><br>LINKTRUST SYSTEMS, INC.<br><br>  Intervenor and Counterclaim Plaintiff. | Case No.:  SA CV 12-00831 JVS(MLGx)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

STEPHENS FRIEDLAND LLP
4695 MacArthur Court, Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 1 -
NOTICE OF ASSOCIATION OF COUNSEL
Case No. SACV12-0831 JVS(MLGx)

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that Stephens Friedland LLP, 4695 MacArthur Court, Suite 1550, Newport Beach, California 92660, hereby associates as counsel with Daniel F. Van Woerkom, Esq. (*Pro Hac Vice*), of Van Woerkom Law PLLC on behalf of Eagle Web Assets, Inc., an Illinois corporation; EWA Network, Inc., an Illinois corporation and Intervenor LinkTrust Systems, Inc. in the above-captioned action. All pleadings and other papers served on Eagle Web Assets, Inc., an Illinois corporation; EWA Network, Inc., an Illinois corporation and LinkTrust Systems, Inc. should also be directed to the attention of Todd G. Friedland, Esq. and J. Gregory Dyer, Esq. at:

STEPHENS FRIEDLAND LLP

4695 MacArthur Court, Suite 1550

Newport Beach, CA  92660

Telephone:  (949) 468-3200

Facsimile:  (949) 468-3201

Dated: December 5, 2012            STEPHENS FRIEDLAND LLP

　　　　　　　　　　　　　　　　　　　　　　/s/ Todd G. Friedland
　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　Todd G. Friedland
　　　　　　　　　　　　　　　　　J. Gregory Dyer
　　　　　　　　　　　　　　　　　Defendants Eagle Web Assets, Inc., an
　　　　　　　　　　　　　　　　　Illinois corporation; EWA Network,
　　　　　　　　　　　　　　　　　Inc., an Illinois corporation and
　　　　　　　　　　　　　　　　　Intervenor LinkTrust Systems, Inc.

STEPHENS FRIEDLAND LLP
4695 MacArthur Court, Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 1 -

NOTICE OF ASSOCIATION OF COUNSEL
Case No. SACV12-0831 JVS(MLGx)