Name and address
Daniel F. Van Woerkom, Esq.
VAN WOERKOM LAW PLLC
5406 West 11000 North, Suite 103-302
Highland, Utah  84003
Telephone:  (810) 847-7707
Fax:  (888) 847-7759



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ESSOCIATE, INC., a Delaware corporation,

Plaintiff(s),

v.

EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,

Defendant(s).

| CASE NUMBER |
| --- |
| SA CV 12-00831 JVS(MLGx) |

ORDER ON
REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY

The Court hereby orders that the request of:

<u>Eagle Web Assets, Inc.</u>            ☐ Plaintiff  ☒ Defendant  ☐ Other _____
          *Name of Party*

to substitute <u>Daniel F. Van Woerkom, Esq.</u> _____ who is

☒  Retained Counsel      ☐  Counsel appointed by the Court (Criminal cases only)   ☐  Pro Se

<u>5406 West 11000 North, Suite 103-302,</u> _____
                    *Street Address*

<u>Highland, Utah 84003</u> _____            <u>dan.vwlaw@gmail.com</u> _____
          *City, State, Zip*                                  *E-Mail Address*

<u>(801) 847-7707</u> _____        <u>(888) 847-7759</u> _____        <u>PHV admitted (See Dkt # 16)</u>
   *Telephone Number*                     *Fax Number*                     *State Bar Number*

as attorney of record in place and stead of  <u>Neal M. Cohen, Esq.</u> _____
                                                             *Present Attorney*

**is hereby**      ☑ **GRANTED**    ☐ **DENIED**

Dated _12/7/12_

_James O Selna_
U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL : IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.**