| Name and address<br>Daniel F. Van Woerkom, Esq.<br>VAN WOERKOM LAW PLLC<br>5406 West 11000 North, Suite 103-302<br>Highland, Utah 84003<br>Telephone: (810) 847-7707<br>Fax: (888) 847-7759 |  FILED - SOUTHERN DIVISION<br>CLERK, U.S. DISTRICT COURT<br><br>DEC - 7 2012<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY           DEPUTY |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ESSOCIATE, INC., a Delaware corporation,<br><br>Plaintiff(s)<br>v.<br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>Defendant(s). | CASE NUMBER<br><br>SA CV 12-00831 JVS(MLGx)<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

EWA Network, Inc.      ☐ Plaintiff   [x] Defendant   ☐ Other _____
*Name of Party*

to substitute Daniel F. Van Woerkom, Esq. _____ who is

[x] Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

5406 West 11000 North, Suite 103-302, _____
*Street Address*

Highland, Utah 84003                                dan.vwlaw@gmail.com
*City, State, Zip*                                  *E-Mail Address*

(801) 847-7707              (888) 847-7759              PHV admitted (See Dkt # 16)
*Telephone Number*          *Fax Number*                *State Bar Number*

as attorney of record in place and stead of Neal M. Cohen, Esq. _____
                                             *Present Attorney*

**is hereby**    [✓] **GRANTED**    ☐ **DENIED**

Dated 12/7/12                                *[signature]*
                                             U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.