
Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401
Telephone: (310) 359-8200
Facsimile: (310) 359-8190

John Du Wors, State Bar No. 233913
john@newmanlaw.com
Derek Linke (*pro hac vice*)
linke@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Attorneys for Plaintiff
ESSOCIATE, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>Defendants<br><br>LINKTRUST SYSTEMS, INC.<br><br>Intervenor and Counterclaim Plaintiff. | Case No. SACV12-00831 JVS (MLGx)<br><br>**PLAINTIFF ESSOCIATE, INC.'S CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br><br>The Honorable James V. Selna<br>Santa Ana Courthouse<br><br>Trial Date: March 25, 2014 |

**1**
**PL. ESSOCIATE, INC.'S CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to the Court's October 11, 2012 Minute Order (Dkt. No. 27) and the Parties' Joint Rule 26(f) Report (Dkt. No. 21), Plaintiff Essociate, Inc. files this Claim Construction and Prehearing Statement.

Defendants Eagle Web Assets, Inc. and EWA Network, Inc. (together, "Eagle") declined to join this filing. Eagle's counsel represented that they intend to file a motion to withdraw as counsel for Eagle tomorrow, May 22, 2013. They also stated that Eagle may file a separate claim construction statement, which Essociate reserves the right to join in order to reduce the number of disputed terms, if any, which the Court may be asked to construe.

**A.     Agreed and/or Disputed Terms—Patent L.R. 4-3(a), (b)**

Essociate's chart of proposed constructions, together with identifications of all references from the specification or prosecution history that support its constructions, and identifications of any extrinsic evidence on which it intends to rely to support its proposed constructions or to oppose any other party's proposed constructions are attached hereto as Exhibit A.

**B.     Ten Most Significant Terms—Patent L.R. 4-3(c)**

Essociate is unable to determine which, if any, terms are most significant to the resolution of this case without Eagle's claim construction positions.

**C.     Length for Claim Construction Hearing—Patent L.R. 4-3(d)**

Essociate states that it anticipates 1-2 hours will be necessary for the Claim Construction Hearing.

**D.     Witness Testimony—Patent L.R. 4-3(e)**

Essociate does not anticipate presenting expert or lay witness testimony at the Claim Construction Hearing.

1  Dated: May 21, 2013             NEWMAN DU WORS LLP

   s/ Derek Linke
   _____
   Derek A. Newman, State Bar No. 190467
   derek@newmanlaw.com
   Derek Linke (*pro hac vice*)
   linke@newmanlaw.com
   John Du Wors, State Bar No. 233913
   john@newmanlaw.com

   Attorneys for Plaintiff
   Essociate, Inc.

**PL. ESSOCIATE, INC.'S CLAIM CONSTRUCTION AND PREHEARING STATEMENT**