# Exhibit A

# Plaintiff Essociate, Inc.'s Proposed Constructions and Identification of Evidence in Support
# Patent L.R. 4-3(a), (b)

| U.S. Patent No. 6,804,660 claim term | Plaintiff's Preliminary Claim Construction and Evidence in Support |
|---|---|
| existing target affiliate system/target Merchant affiliate system | **Proposed Construction:** A system, operated directly or indirectly by a merchant, in which a group of webmasters direct traffic to a merchant<br><br>**Intrinsic Evidence:** '660 Patent 2:8-17; 2:32-34; 3:17-42; 7:14-34; 7:41-43<br><br>**Extrinsic Evidence:** Merriam-Webster Dictionary (target: "a goal to be achieved") |
| source Webmaster unique identifier | **Proposed Construction:** A unique identifying code assigned to a webmaster within an affiliate pool of source webmasters<br><br>**Intrinsic Evidence:** '660 Patent 7:64-8:3; 9:34-35; 10:4-9<br><br>**Extrinsic Evidence:** Merriam-Webster Dictionary (unique: "being the only one; distinctively characteristic")<br><br>**Corresponding 35 U.S.C. § 112(6) structure:** '660 Patent 9:31-39 |

| U.S. Patent No. 6,804,660 claim term | Plaintiff's Preliminary Claim Construction and Evidence in Support |
|---|---|
| correlating | **Proposed Construction:**<br>Creating or recognizing a relationship between<br><br>**Intrinsic Evidence:**<br>'660 Patent 10:51-59; 10:63-67; 11:1-25<br><br>**Corresponding 35 U.S.C. § 112(6) structure:**<br>'660 Patent 11:1-25<br><br>**Extrinsic Evidence:**<br>Merriam-Webster Dictionary (correlate: "to establish a mutual or reciprocal relation between; to show correlation or a causal relationship between; to present or set forth so as to show relationship") |
| generating a URL | **Proposed Construction:**<br>Causing a URL to appear in a user's web browser without a further user request<br><br>**Intrinsic Evidence:**<br>'660 Patent 4:12-16; 8:11-14; 8:65-67; 11:38-42; 15:29-41; Fig. 5<br><br>**Corresponding 35 U.S.C. § 112(6) structure:**<br>'660 Patent 4:12-16 |

| U.S. Patent No. 6,804,660 claim term | Plaintiff's Preliminary Claim Construction and Evidence in Support |
|---|---|
| target Webmaster unique identifier | **Proposed Construction:**<br>A unique identifying code assigned to each source Webmaster in the source affiliate pool that is functional within the target Merchant's home affiliate system<br><br>**Intrinsic Evidence:**<br>'660 Patent 4:6-11; 8:6-10; 10:66-67; 11:1-20<br><br>**Extrinsic Evidence:**<br>Merriam-Webster Dictionary (unique: "being the only one; distinctively characteristic") |
| correlated target Webmaster unique identifier | **Proposed Construction:**<br>A unique identifying code assigned to each source Webmaster in the source affiliate pool that is functional within the target Merchant's home Affiliate System for which a relationship has been created or recognized with a source webmaster identifying code<br><br>**Intrinsic Evidence:**<br>'660 Patent 4:6-11; 8:6-10; 10:51-59; 10:63-67; 11:1-25; 14:66-15:3<br><br>**Extrinsic Evidence:**<br>Merriam-Webster Dictionary (correlate: "to establish a mutual or reciprocal relation between; to show correlation or a causal relationship between; to present or set forth so as to show relationship"; unique: "being the only one; distinctively characteristic") |

| U.S. Patent No. 6,804,660 claim term | Plaintiff's Preliminary Claim Construction and Evidence in Support |
|---|---|
| configuring an existing target affiliate system | **Proposed Construction:**<br>A data setup operation relating to a system, operated directly or indirectly by a merchant, in which a group of webmasters direct traffic to a merchant<br><br>**Intrinsic Evidence:**<br>'660 Patent 7:23-25; 7:41-59; 8:32-67; 9:31-43<br><br>**Corresponding 35 U.S.C. § 112(6) structure:**<br>'660 Patent 8:32-67 |
| unique identification system | **Proposed Construction:**<br>A system for using unique identification information to identify at least one webmaster in an affiliate system<br><br>**Intrinsic Evidence:**<br>'660 Patent 4:1-11; 8:4-9; 8:55-57; 9:34-39; 10:4-11; 10:20-25; 11:15-21; 14:41-49; 16:65-17:1<br><br>**Extrinsic Evidence:**<br>Merriam-Webster Dictionary (unique: "being the only one; distinctively characteristic"; system: "a regularly interacting or interdependent group of items forming a unified whole") |