Daniel F. Van Woerkom, Esq.
VAN WOERKOM LAW PLLC
Email: dan.vwlaw@gmail.com
5406 West 11000 North, Suite 103-302
Highland, Utah  84003
(801) 847-7707   Fax: (888) 847-7759

STEPHENS FRIEDLAND LLP
Todd G. Friedland, Bar No. 187022
Email: todd@sf-lawyers.com
J. Gregory Dyer, Bar No. 218385
Email: greg@sf-lawyers.com
4695 MacArthur Court, Suite 1550
Newport Beach, California  92660
(949) 468-3200  Fax:       (949) 468-3201

Attorneys for Defendants EAGLE WEB ASSETS, INC.,
EWA NETWORK, INC., and Intervenor LINKTRUST
SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>vs.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>           Defendants. | Case No.:  SACV12-0831 JVS(MLGx)<br><br>The Honorable James V. Selna<br>Santa Ana Courthouse<br><br>**JOINT NOTICE OF MOTION AND MOTION BY DANIEL F. VAN WOERKOM AND STEPHENS FRIEDLAND LLP TO WITHDRAW AS COUNSEL OF RECORD TO EWA NETWORK, INC. AND EAGLE WEB ASSETS, INC. PURSUANT TO LOCAL RULE 83-2.9.2.1** |
| LINKTRUST SYSTEMS, INC.<br><br>           Intervenor and<br>           Counterclaim Plaintiff. | Hearing Date:     June 24, 2013<br>Time:                  1:30 p.m.<br>Department:       10C |

- 1 -

JOINT NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL
TO EWA NETWORK, INC. AND EAGLE WEB ASSETS, INC.

TO: ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT Daniel F. Van Woerkom, Esq. and Stephens Friedland LLP ("Attorneys") hereby move the Court to withdraw as counsel of record, pursuant to Local Rule 83-2.9.2.1, for Defendants EAGLE WEB ASSETS, INC. ("Eagle Web") and EWA NETWORK, INC. ("EWA Network) (collectively, Eagle Web and EWA Network are referred to as "Defendants").

This Motion is made on the ground that Defendants have failed to effectively communicate with their Attorneys which has resulted in a complete breakdown of the attorney-client relationship. Defendants' unwillingness to communicate with their Attorneys has made it unreasonably difficult for the Attorneys to carry out the employment effectively. Accordingly, withdrawal is warranted and appropriate under California Rule of Professional Conduct 3-700(C)(1)(d).

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 14, 2013. Counsel for Essociate, the plaintiff in this matter, indicated that it had no objection to and did not oppose this Motion.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of J. Gregory Dyer, Esq., and upon such other and further oral and documentary evidence as may be presented at the hearing on this Motion.

Dated: May 22, 2013        VAN WOERKOM LAW PLLC

                           /s/ Daniel F. Van Woerkom
                           By_____
                           Daniel F. Van Woerkom

Dated: May 22, 2013        STEPHENS FRIEDLAND LLP

                           /s/ J. Gregory Dyer
                           By_____
                           J. Gregory Dyer
                           Attorneys for Defendants EAGLE WEB
                           ASSETS, INC., EWA NETWORK, INC.
                           and Intervenor LINKTRUST SYSTEMS,
                           INC.

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 2 -
JOINT NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL
TO EWA NETWORK, INC. AND EAGLE WEB ASSETS, INC.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. STATEMENT OF FACTS.

Daniel F. Van Woerkom, Esq. and Stephens Friedland LLP ("Attorneys") are counsel of record, pursuant to Local Rule 83-2.9.2.1, for Defendants EAGLE WEB ASSETS, INC. ("Eagle Web") and EWA NETWORK, INC. ("EWA Network) (collectively, Eagle Web and EWA Network are referred to as "Defendants").

Attorneys took over representation of Defendants in this matter pursuant to a Substitution of Attorney and Notice of Association of Counsel that were filed on December 5, 2012. (Docket Nos. 29-31.) The Court signed the orders approving the Substitution of Attorney on December 7, 2012. (Docket Nos. 32-33.)

Attorneys have endeavored to communicate with Defendants' President and other representatives for Defendants during the course of this litigation. (Declaration of J. Gregory Dyer ["Dyer Decl."] at ¶ 2.) Within the past couple of months, however, Attorneys became aware that Defendants had apparently ceased operations. (Dyer Decl. at ¶ 4.) Defendants announced this via a blog post on their website. (Dyer Decl. at ¶ 4.) Attorneys' client contact is Ryan Eagle—Defendants' President. (Dyer Decl. at ¶ 3.) Attorneys have attempted to contact Defendants' President on multiple occasions to discuss the status of the case and developments, but have been unable to do so. (Dyer Decl. at ¶ 5.)

On May 10, 2013, Attorneys sent a letter to Defendants' President advising him that they would be withdrawing as counsel and asking to discuss the status of the case. (Dyer Decl. at ¶ 6.) Defendants have not responded to that letter and Attorneys have been unable to speak with Defendants' President. (Dyer Decl. at ¶ 7.) On May 22, 2013, Attorneys sent a letter to Defendants, advising Defendants in writing that they were withdrawing from the representation and notifying Defendants that they cannot appear in this matter *pro se*. (Dyer Decl. at ¶ 8.) The letter informed Defendants that if they wished to continue their defense of this matter, they would

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 3 -

JOINT NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL TO EWA NETWORK, INC. AND EAGLE WEB ASSETS, INC.

1 need to be represented by another attorney. (Dyer Decl. at ¶ 8.) Without Defendants'
2 cooperation and assistance, it is impossible to carry out the representation effectively.
3 (Dyer Decl. at ¶ 9.)

## II. THE ATTORNEYS SHOULD BE PERMITTED TO WITHDRAW BECAUSE THEY ARE UNABLE TO EFFECTIVELY REPRESENT DEFENDANTS.

7 California Rule of Professional Conduct No. 3-700(C)(1)(d) permits
8 withdrawal by an attorney where "[t]he client . . . by other conduct renders it
9 unreasonably difficult for the member to carry out the employment effectively."
10 Attorneys have made multiple attempts to contact Defendants to discuss the case, but
11 Defendants have refused to respond to those communications. Without client
12 cooperation, it is impossible for Attorneys to carry out an effective representation in
13 this matter. The complete breakdown in communication between Attorneys and
14 Defendants has made it not just unreasonably difficult—but impossible—to represent
15 Defendants. Accordingly, Attorneys are entitled to withdraw and the Court should
16 grant this Motion.

## III. ATTORNEYS HAVE COMPLIED WITH LOCAL RULE 83-2.9.2.3 BY PROVIDING WRITTEN NOTICE TO DEFENDANTS OF THE CONSEQUENCES OF ITS INABILITY TO APPEAR *PRO SE*.

20 After previously advising Defendants that they would be moving to withdraw
21 and receiving no response, Attorneys have sent a letter to Defendants advising them
22 that, as corporations, they cannot represent themselves in court, and that they must
23 hire a new attorney if they wish to continue to defend themselves in this matter.
24 (Dyer Decl. at ¶ 8.)
25 / / / /
26 / / / /
27 / / / /
28 / / / /

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 4 -

JOINT NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL
TO EWA NETWORK, INC. AND EAGLE WEB ASSETS, INC.

## IV. CONCLUSION

Based on the foregoing, Daniel F. Van Woerkom and Stephens Friedland LLP, counsel of record for Eagle Web Assets, Inc. and EWA Network, Inc., respectfully request that the Court grant their Motion to Withdraw as Counsel of Record.

Dated: May 22, 2013

VAN WOERKOM LAW PLLC

By /s/ Daniel F. Van Woerkom
Daniel F. Van Woerkom

Dated: May 22, 2013

STEPHENS FRIEDLAND LLP

By /s/ J. Gregory Dyer
J. Gregory Dyer

Attorneys for Defendants EAGLE WEB ASSETS, INC., EWA NETWORK, INC. and Intervenor LINKTRUST SYSTEMS, INC.

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 5 -

JOINT NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL TO EWA NETWORK, INC. AND EAGLE WEB ASSETS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on **May 22, 2013**, I served the foregoing document entitled **JOINT NOTICE OF MOTION AND MOTION BY DANIEL F. VAN WOERKOM AND STEPHENS FRIEDLAND LLP TO WITHDRAW AS COUNSEL OF RECORD TO EWA NETWORK, INC. AND EAGLE WEB ASSETS, INC. PURSUANT TO LOCAL RULE 83-2.9.2.1** on clients/defendants in this action as set forth below:

Ryan Eagle, President
Eagle Web Assets, Inc.
207 Willow Parkway
Buffalo Grove, Illinois 60089
Email: ryan@eaglewebassets.com

Ryan Eagle, President
EWA Network, Inc.
207 Willow Parkway
Buffalo Grove, Illinois 60089
Email: ryan@eaglewebassets.com

[ √ ] **(BY E-MAIL SERVICE )** I caused such document to be transmitted electronic mail to the attorneys of record at the following email addresses, on the date set forth above.

[ √ ] **BY MAIL AS FOLLOWS:** The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after service of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 22, 2013**, at Newport Beach, California.

/s/ J. Gregory Dyer
_____
J. Gregory Dyer

JOINT NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL TO EWA NETWORK, INC. AND EAGLE WEB ASSETS, INC.