Daniel F. Van Woerkom, Esq.
VAN WOERKOM LAW PLLC
Email: dan.vwlaw@gmail.com
5406 West 11000 North, Suite 103-302
Highland, Utah 84003
(801) 847-7707   Fax: (888) 847-7759

STEPHENS FRIEDLAND LLP
Todd G. Friedland, Bar No. 187022
Email: todd@sf-lawyers.com
J. Gregory Dyer, Bar No. 218385
Email: greg@sf-lawyers.com
4695 MacArthur Court, Suite 1550
Newport Beach, California 92660
(949) 468-3200  Fax:   (949) 468-3201

Attorneys for Defendants EAGLE WEB ASSETS, INC., EWA NETWORK, INC., and Intervenor LINKTRUST SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>　　　　　　Defendants.<br><br>LINKTRUST SYSTEMS, INC.<br><br>　　　　　　Intervenor and Counterclaim Plaintiff. | Case No.: SACV12-0831 JVS(MLGx)<br><br>The Honorable James V. Selna<br>Santa Ana Courthouse<br><br>**DECLARATION OF J. GREGORY DYER, ESQ. IN SUPPORT OF JOINT MOTION BY DANIEL F. VAN WOERKOM AND STEPHENS FRIEDLAND LLP TO WITHDRAW AS COUNSEL OF RECORD TO EWA NETWORK, INC. AND EAGLE WEB ASSETS, INC. PURSUANT TO LOCAL RULE 83-2.9.2.1**<br><br>Hearing Date:　June 24, 2013<br>Time:　　　　1:30 p.m.<br>Department:　10C |

- 1 -

I, J. Gregory Dyer, declare as follows:

1. I am an attorney licensed to practice before all the Courts in the State of California and a partner of the law firm of Stephens Friedland LLP, counsel of record for Defendants EAGLE WEB ASSETS, INC. ("Eagle Web") and EWA NETWORK, INC. ("EWA Network) (collectively, Eagle Web and EWA Network are referred to as "Defendants").

2. Since beginning our firm's representation of Eagle Web and EWA Network in this matter, I have been the principle contact between my firm and Defendants. I have worked to communicate with Defendants through their President, Ryan Eagle, and through the other representatives of Defendants that Ryan Eagle has asked me to contact in connection with this matter.

3. Mr. Eagle has been the person for me to contact at Defendants throughout our representation of Defendants in this matter.

4. Approximately two months ago, I became aware that Defendants had apparently ceased operations. I was not able to discuss this with Mr. Eagle, but I was able to locate a blog post on Defendants' web site (located at http://www.eaglewebassets.com/blog/press-releases/ewa-private-network-closes-its-doors/ [last viewed on May 22, 2013]) that confirmed that Defendants had ceased operations.

5. Since learning of this development, I have tried to contact Defendants through Mr. Eagle on multiple occasions and have been unable to do so. I have attempted to call Mr. Eagle on the telephone as well as send him text messages. Mr. Eagle has not responded to get in touch with me or to leave me a message in response to these attempts.

6. On May 10, 2013, I sent a letter to Defendants, via Mr. Eagle, advising them that we would be withdrawing as counsel. I also asked Defendants to contact me to discuss the status of the case.

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 2 -

DECLARATION OF J. GREGORY DYER, ESQ. IN SUPPORT OF JOINT MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

7. Defendants have not contacted me since I sent that letter and I have been unable to speak with Mr. Eagle since sending that letter.

8. On May 22, 2013, I sent another letter to Defendants, via Mr. Eagle, advising them in writing that we were withdrawing and notifying them that, as corporations, they cannot represent themselves or appear *pro se*. I also told them that if they wished to continue their defense in this matter, they would need to be represented by another attorney. I sent the letter via email and U.S. mail and I have not had any response from Defendants since sending it.

9. Without the cooperation of Defendants or Mr. Eagle, it has been impossible to represent Defendants effectively in this matter. Our communications with Defendants have never been great, but at this point, the attorney-client relationship is irretrievably broken since I have been unable to communicate with Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of May, 2013, at Newport Beach, California.

/s/ J. Gregory Dyer

———————————————
J. Gregory Dyer, Declarant

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 3 -

DECLARATION OF J. GREGORY DYER, ESQ. IN SUPPORT OF JOINT MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

# CERTIFICATE OF SERVICE

I hereby certify that on **May 22, 2013**, I served the foregoing document entitled **DECLARATION OF J. GREGORY DYER, ESQ. IN SUPPORT OF JOINT MOTION BY DANIEL F. VAN WOERKOM AND STEPHENS FRIEDLAND LLP TO WITHDRAW AS COUNSEL OF RECORD TO EWA NETWORK, INC. AND EAGLE WEB ASSETS, INC. PURSUANT TO LOCAL RULE 83-2.9.2.1** on my Clients/Defendants in this action as set forth below:

Ryan Eagle, President
Eagle Web Assets, Inc.
207 Willow Parkway
Buffalo Grove, Illinois  60089
Email:  ryan@eaglewebassets.com

Ryan Eagle, President
EWA Network, Inc.
207 Willow Parkway
Buffalo Grove, Illinois  60089
Email:  ryan@eaglewebassets.com

[ √ ] **(BY E-MAIL SERVICE )** I caused such document to be transmitted electronic mail to the attorneys of record at the following email addresses, on the date set forth above.

[ √ ] **BY MAIL AS FOLLOWS:** The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after service of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 22, 2013**, at Newport Beach, California.

/s/ J. Gregory Dyer
_____
J. Gregory Dyer

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201