Todd G. Friedland, Bar No. 187022
J. Gregory Dyer, Bar No. 218385
STEPHENS FRIEDLAND LLP
4695 MacArthur Court, Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Attorneys for Eagle Web Assets, Inc., EWA Network,
Inc. and LinkTrust Systems, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation, | CASE NUMBER SA CV 12-00831 JVS(MLGx) |
| Plaintiff(s), v. | |
| EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation, Defendant(s). | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☒ The Counterclaim brought by Claimant(s) LinkTrust Systems, Inc. _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

STEPHENS FRIEDLAND LLP
VAN WOERKOM LAW PLLC

May 22, 2013
Date

Signature of Attorney/Party
J. Gregory Dyer

NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.