STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>　　　　Defendants.<br><br>LINKTRUST SYSTEMS, INC.<br><br>　　　　Intervenor and Counterclaim Plaintiff. | Case No.: SACV12-0831 JVS(MLGx)<br><br>The Honorable James V. Selna<br>Santa Ana Courthouse<br><br>**[Proposed] ORDER GRANTING MOTION BY DANIEL F. VAN WOERKOM AND STEPHENS FRIEDLAND LLP TO WITHDRAW AS COUNSEL OF RECORD TO EWA NETWORK, INC. AND EAGLE WEB ASSETS, INC. PURSUANT TO LOCAL RULE 83-2.9.2.1**<br><br>Hearing Date: June 24, 2013<br>Time: 1:30 p.m.<br>Department: 10C |

Upon review and consideration of the Joint Motion filed by Daniel F. Van Woerkom, Esq., and Stephens Friedland LLP to Withdraw as Counsel of Record to Defendants EWA Network, Inc. and Eagle Web Assets, Inc., Pursuant to Local Rule 83-2.9.2.1, and good cause appearing therefor:

/ / / /

- 1 -
Proposed ORDER GRANTING JOINT MOTION BY DANIEL VAN WOERKOM AND STEPHENS FRIEDLAND LLP TO WITHDRAW AS COUNSEL

- 2 -

1  **IT IS HEREBY ORDERED** that the Motion is Granted, and Daniel F. Van
2  Woerkom, Esq., and Stephens Friedland LLP are no longer counsel of record for
3  Defendants EWA Network, Inc., and Eagle Web Assets, Inc. in this matter.

6  Dated: _____, 2013       _____
                                         The Honorable James V. Selna

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 2 -

Proposed ORDER GRANTING JOINT MOTION BY DANIEL VAN WOERKOM AND STEPHENS FRIEDLAND LLP TO WITHDRAW AS COUNSEL

# CERTIFICATE OF SERVICE

I hereby certify that on **May 22, 2013**, I served the foregoing document entitled **[Proposed] ORDER GRANTING MOTION BY DANIEL F. VAN WOERKOM ANDTEPHENS FRIEDLAND LLP TO WITHDRAW AS COUNSEL OF RECORD TO EWA NETWORK, INC. AND EAGLE WEB ASSETS, INC. PURSUANT TO LOCAL RULE 83-2.9.2.1** on my Clients/Defendants in this action as set forth below:

Ryan Eagle, President
Eagle Web Assets, Inc.
207 Willow Parkway
Buffalo Grove, Illinois  60089
Email:  ryan@eaglewebassets.com

Ryan Eagle, President
EWA Network, Inc.
207 Willow Parkway
Buffalo Grove, Illinois  60089
Email:  ryan@eaglewebassets.com

**[ √ ] (BY E-MAIL SERVICE)** I caused such document to be transmitted electronic mail to the attorneys of record at the following email addresses, on the date set forth above.

**[ √ ] BY MAIL AS FOLLOWS:** The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after service of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 22, 2013**, at Newport Beach, California.

/s/ J. Gregory Dyer
_____
J. Gregory Dyer

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201