Daniel F. Van Woerkom, Esq.
VAN WOERKOM LAW PLLC
Email: dan.vwlaw@gmail.com
5406 West 11000 North, Suite 103-302
Highland, Utah 84003
(801) 847-7707   Fax: (888) 847-7759

STEPHENS FRIEDLAND LLP
Todd G. Friedland, Bar No. 187022
Email: todd@sf-lawyers.com
J. Gregory Dyer, Bar No. 218385
Email: greg@sf-lawyers.com
4695 MacArthur Court, Suite 1550
Newport Beach, California 92660
(949) 468-3200  Fax:    (949) 468-3201

Attorneys for Defendants EAGLE WEB ASSETS, INC., EWA NETWORK, INC. and Intervenor LINKTRUST SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>  Defendants.<br><br>LINKTRUST SYSTEMS, INC.<br><br>  Intervenor and Counterclaim Plaintiff. | Case No.: SACV12-0831 JVS(MLGx)<br><br>**REPLY IN SUPPORT OF JOINT MOTION BY DANIEL F. VAN WOERKOM AND STEPHENS FRIEDLAND LLP TO WITHDRAW AS COUNSEL OF RECORD TO EWA NETWORK, INC. AND EAGLE WEB ASSETS, INC. PURSUANT TO LOCAL RULE 83-2.9.2.1**<br><br>Hearing Date:  June 24, 2013<br>Time:  1:30 p.m.<br>Department:  10C |

- 1 -
REPLY IN SUPPORT OF JOINT MOTION TO WITHDRAW
Case No. SACV12-0831

**REPLY MEMORANDUM IN SUPPORT OF JOINT TO WITHDRAW**

Daniel F. Van Woerkom and Stephens Friedland LLP jointly seek to withdraw as counsel of record to Defendants EWA Network, Inc. and Eagle Web Assets, Inc. (collectively "Eagle") in this action pursuant to Local Rule 83-2.9.2.1, and pursuant to California Rule of Professional Conduct 3-700(C)(1)(d).

Plaintiff Essociate, Inc.'s time to oppose the Joint Motion to Withdraw has run without response. Essociate, Inc. did not oppose this Motion but, even if it had, a party's failure to file an opposition to a motion may be deemed consent to the granting of the motion. *See* L.R. 7-12 ("The failure to file any required document . . . may be deemed consent to the granting . . . of the motion.")

The attorney-client relationship between Eagle and its counsel has not improved or changed since the filing of the Motion to Withdraw. Accordingly, it is more important than ever that the Motion be granted.

For the foregoing reasons, Daniel F. Van Woerkom and Stephens Friedland LLP respectfully request that the Court grant their Motion.

Dated: June 6, 2013         VAN WOERKOM LAW PLLC

                                        /s/ Daniel F. Van Woerkom
                            By_____
                                Daniel F. Van Woerkom

Dated: June 6, 2013         STEPHENS FRIEDLAND LLP

                                        /s/ J. Gregory Dyer
                            By_____
                                J. Gregory Dyer

                            Attorneys for Defendants EAGLE WEB ASSETS, INC., EWA NETWORK, INC. and Intervenor LINKTRUST SYSTEMS, INC.

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 2 -
REPLY IN SUPPORT OF JOINT MOTION TO WITHDRAW
Case No. SACV12-0831

# CERTIFICATE OF SERVICE

I hereby certify that on **June 6, 2013**, I served the foregoing document entitled **REPLY IN SUPPORT OF JOINT MOTION BY DANIEL F. VAN WOERKOM AND STEPHENS FRIEDLAND LLP TO WITHDRAW AS COUNSEL OF RECORD TO EWA NETWORK, INC. AND EAGLE WEB ASSETS, INC. PURSUANT TO LOCAL RULE 83-2.9.2.1** on clients/defendants in this action as set forth below:

Ryan Eagle, President
Eagle Web Assets, Inc.
207 Willow Parkway
Buffalo Grove, Illinois  60089
Email:  ryan@eaglewebassets.com

Ryan Eagle, President
EWA Network, Inc.
207 Willow Parkway
Buffalo Grove, Illinois  60089
Email:  ryan@eaglewebassets.com

**[ √ ] (BY E-MAIL SERVICE )**  I caused such document to be transmitted electronic mail to the attorneys of record at the following email addresses, on the date set forth above.

**[ √ ] BY MAIL AS FOLLOWS:**  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after service of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **June 6, 2013**, at Newport Beach, California.

/s/ J. Gregory Dyer
_____
J. Gregory Dy

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 3 -
REPLY IN SUPPORT OF JOINT MOTION TO WITHDRAW
Case No. SACV12-0831