UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.    SACV 12-0831 JVS (MLGx)                    Date    June 18, 2013

Title    Essociate, Inc. v. Eagle Web Assets, Inc.

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    (In Chambers)    Order Granting Daniel F. Van Woerkom and Stephens Friedland LLP's Motion to Withdraw as Counsel

    This action stems from a patent action brought by Plaintiff Essociate, Inc. against Defendant Eagle Web Assets, Inc. and EWA Network, Inc. (collectively, "Defendants"). Defendants' counsel Daniel F. Van Woerkom and Stephens Friedland LLP (collectively, "Attorneys") move to withdraw as counsel on the grounds that Defendants have failed to communicate with Attorneys, making it impossible for Attorneys to effectively represent Defendants. (Motion to Withdraw ("Motion"), Docket No. 36; Declaration of J. Gregory Dyer ("Dyer Decl.") ¶ 9, Docket No. 36-1). The motion is unopposed. The Court GRANTS the motion for the reasons set forth below.

    Local Rule 83-2.9.2.1 provides that an attorney may withdraw as counsel only with leave of the Court. Counsel must give sufficient notice, and if the party is a corporation, there must be written notice that the party is unable to represent itself pro se. Local Rule 83-2.9.2.1; Local Rule 83-2.9.2.3. Finally, a withdrawal is not proper "[u]nless good cause is shown and the ends of justice require, no substitution or relief of attorney will be approved that will cause delay in prosecution of the case to completion." Local Rule 83-2.9.2.4.

    In March 2013, Attorneys discovered through an online blog on Defendants' website that Defendants had ceased operations.[1] (Dyer Decl., ¶ 4). Attorneys attempted to

---

[1] The Illinois Secretary of State website states that while Eagle Web Assets, Inc. is not in good standing while EWA Network, Inc. is still active. See http://www.ilsos.gov/corporatellc/ (search "Eagle Web Assets" and "EWA Network") (last visited June 13, 2013).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-0831 JVS (MLGx) | Date | June 18, 2013 |
| Title | Essociate, Inc. v. Eagle Web Assets, Inc. | | |

communicate with Defendants on multiple occasions through phone calls and text messages, but Defendants did not respond. (Id. ¶ 5). On May 10, Attorneys sent a letter to Defendants stating that Attorneys were withdrawing from the case and asking that Defendants contact them. (Id. ¶ 6). Another letter was sent to Defendants on May 22, 2013, which notified Defendants that because they are corporations, they cannot represent themselves or appear pro se. (Id. ¶ 8). Attorneys have served this motion and notice of motion on Defendants. (Id.). Defendants still have not contacted Attorneys. (Id. ¶ 7).

     The Court finds that Attorneys provided Defendants with sufficient notice and satisfied L. R. 83-2.9.2.1. The Court also finds that Defendants failure to communicate with Attorneys constitutes good cause to withdraw as counsel. Defendants' non-responsiveness has broken down the attorney-client relationship and made it nearly impossible for Attorneys to effectively represent Defendants. (Dyer Decl., ¶ 9). Defendants have not responded to phone calls, text messages, or letters from Attorneys for over a month. (Id. ¶ 7). Finally, the Court does not believe that withdrawal will prejudice the parties or delay the prosecution, despite a Markman hearing currently scheduled for July 22, 2013. Discovery does not close until September 24, 2013, providing Defendants with sufficient time to attain new counsel.

     Good cause appearing, Attorneys' Motion is **GRANTED**. Defendants shall appear through new counsel within 45 days.

     The Court finds that oral argument would not be helpful on this matter, and therefore **VACATES** the June 24, 2013 hearing. Fed. R. Civ. P. 78; Local Rule 7-15. The Court hereby orders Attorneys relieved as attorneys of record for Defendants.

     IT IS SO ORDERED.

| | | 0 | : | 00 |
|---|---|---|---|---|
| | Initials of Preparer | kjt | | |