Daniel F. Van Woerkom, Esq.
VAN WOERKOM LAW PLLC
Email: dan.vwlaw@gmail.com
5406 West 11000 North, Suite 103-302
Highland, Utah 84003
(801) 847-7707   Fax: (888) 847-7759

STEPHENS FRIEDLAND LLP
Todd G. Friedland, Bar No. 187022
Email: todd@sf-lawyers.com
J. Gregory Dyer, Bar No. 218385
Email: greg@sf-lawyers.com
4695 MacArthur Court, Suite 1550
Newport Beach, California 92660
(949) 468-3200  Fax:    (949) 468-3201

Former Counsel for Defendants EAGLE WEB ASSETS, INC. and EWA NETWORK, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>        Defendants.<br><br>LINKTRUST SYSTEMS, INC.<br><br>        Intervenor and Counterclaim Plaintiff. | Case No.: SACV12-0831 JVS(MLGx)<br><br>The Honorable James V. Selna<br>Santa Ana Courthouse<br><br>**NOTICE OF COURT ORDER GRANTING JOINT MOTION BY DANIEL F. VAN WOERKOM AND STEPHENS FRIEDLAND LLP TO WITHDRAW AS COUNSEL FOR DEFENDANTS EAGLE WEB ASSETS, INC. AND EWA NETWORK, INC.** |

- 1 -
NOTICE OF COURT ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL TO EWA NETWORK, INC. AND EAGLE WEB ASSETS, INC.

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

TO: DEFENDANTS EAGLE WEB ASSETS, INC. AND EWA NETWORK, INC.

PLEASE TAKE NOTICE THAT on June 18, 2013, The Honorable James V. Selna issued an Order Granting Daniel F. Van Woerkom, Esq. and Stephens Friedland LLP's ("Attorneys") Joint Motion to Withdraw as Counsel of record, for Defendants EAGLE WEB ASSETS, INC. and EWA NETWORK, INC. ("Defendants").

The Court found that Attorneys had satisfied L.R. 83-2.9.2.1. The Court also found that Defendants' failure to communicate with Attorneys constituted good cause to withdraw as counsel.

The Court Ordered EAGLE WEB ASSETS, INC. and EWA NETWORK, INC. to appear through new counsel within 45 days.

Attached hereto and made a part hereof by this reference is a full and complete, accurate copy of Judge Selna's Minute Order filed June 18, 2013.

Dated: June 20, 2013

VAN WOERKOM LAW PLLC
STEPHENS FRIEDLAND LLP

/s/ J. Gregory Dyer
By_____
J. Gregory Dyer
Former Counsel for Defendants
Eagle Web Assets, Inc. and
EWA Network, Inc.

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

NOTICE OF COURT ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL TO EWA NETWORK, INC. AND EAGLE WEB ASSETS, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 12-0831 JVS (MLGx) | Date | June 18, 2013 |
| Title | Essociate, Inc. v. Eagle Web Assets, Inc. | | |

| Present: The Honorable | James V. Selna | |
|---|---|---|
| Karla J. Tunis | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   (In Chambers)   Order Granting Daniel F. Van Woerkom and Stephens Friedland LLP's Motion to Withdraw as Counsel

This action stems from a patent action brought by Plaintiff Essociate, Inc. against Defendant Eagle Web Assets, Inc. and EWA Network, Inc. (collectively, "Defendants"). Defendants' counsel Daniel F. Van Woerkom and Stephens Friedland LLP (collectively, "Attorneys") move to withdraw as counsel on the grounds that Defendants have failed to communicate with Attorneys, making it impossible for Attorneys to effectively represent Defendants. (Motion to Withdraw ("Motion"), Docket No. 36; Declaration of J. Gregory Dyer ("Dyer Decl.") ¶ 9, Docket No. 36-1). The motion is unopposed. The Court GRANTS the motion for the reasons set forth below.

Local Rule 83-2.9.2.1 provides that an attorney may withdraw as counsel only with leave of the Court. Counsel must give sufficient notice, and if the party is a corporation, there must be written notice that the party is unable to represent itself pro se. Local Rule 83-2.9.2.1; Local Rule 83-2.9.2.3. Finally, a withdrawal is not proper "[u]nless good cause is shown and the ends of justice require, no substitution or relief of attorney will be approved that will cause delay in prosecution of the case to completion." Local Rule 83-2.9.2.4.

In March 2013, Attorneys discovered through an online blog on Defendants' website that Defendants had ceased operations.[1] (Dyer Decl., ¶ 4). Attorneys attempted to

---

[1] The Illinois Secretary of State website states that while Eagle Web Assets, Inc. is not in good standing while EWA Network, Inc. is still active. See http://www.ilsos.gov/corporatellc/ (search "Eagle Web Assets" and "EWA Network") (last visited June 13, 2013).

| CV-90 (06/04) | CIVIL MINUTES - GENERAL | Page 1 of 2 |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-0831 JVS (MLGx) | Date | June 18, 2013 |
| Title | Essociate, Inc. v. Eagle Web Assets, Inc. | | |

communicate with Defendants on multiple occasions through phone calls and text messages, but Defendants did not respond. (Id. ¶ 5). On May 10, Attorneys sent a letter to Defendants stating that Attorneys were withdrawing from the case and asking that Defendants contact them. (Id. ¶ 6). Another letter was sent to Defendants on May 22, 2013, which notified Defendants that because they are corporations, they cannot represent themselves or appear pro se. (Id. ¶ 8). Attorneys have served this motion and notice of motion on Defendants. (Id.). Defendants still have not contacted Attorneys. (Id. ¶ 7).

The Court finds that Attorneys provided Defendants with sufficient notice and satisfied L. R. 83-2.9.2.1. The Court also finds that Defendants failure to communicate with Attorneys constitutes good cause to withdraw as counsel. Defendants' non-responsiveness has broken down the attorney-client relationship and made it nearly impossible for Attorneys to effectively represent Defendants. (Dyer Decl., ¶ 9). Defendants have not responded to phone calls, text messages, or letters from Attorneys for over a month. (Id. ¶ 7). Finally, the Court does not believe that withdrawal will prejudice the parties or delay the prosecution, despite a Markman hearing currently scheduled for July 22, 2013. Discovery does not close until September 24, 2013, providing Defendants with sufficient time to attain new counsel.

Good cause appearing, Attorneys' Motion is **GRANTED**. Defendants shall appear through new counsel within 45 days.

The Court finds that oral argument would not be helpful on this matter, and therefore **VACATES** the June 24, 2013 hearing. Fed. R. Civ. P. 78; Local Rule 7-15. The Court hereby orders Attorneys relieved as attorneys of record for Defendants.

IT IS SO ORDERED.

|  |   | 0 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | kjt | | |

## Marybeth Reyneveld

**From:** cacd_ecfmail@cacd.uscourts.gov
**Sent:** Tuesday, June 18, 2013 2:37 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 8:12-cv-00831-JVS-MLG Essociate Inc v. Eagle Web Assets Inc et al Order on Motion to Withdraw as Attorney

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered on 6/18/2013 at 2:36 PM PDT and filed on 6/18/2013
**Case Name:** Essociate Inc v. Eagle Web Assets Inc et al
**Case Number:** 8:12-cv-00831-JVS-MLG
**Filer:**
**Document Number:** 40

**Docket Text:**
**MINUTES (IN CHAMBERS): ORDER by Judge James V. Selna: Granting Daniel F. Van Woerkom and Stephens Friedland LLP's Motion to Withdraw as Counsel [36]. Attorney Daniel F Van Woerkom; James Gregory Dyer and Todd G Friedland terminated. (rla)**

**8:12-cv-00831-JVS-MLG Notice has been electronically mailed to:**

Derek Linke    linke@newmanlaw.com, annette@newmanlaw.com, docketing@newmanlaw.com

Todd G Friedland    tami@sf-lawyers.com, todd@sf-lawyers.com, greg@sf-lawyers.com, marybeth@sf-lawyers.com

James Gregory Dyer    greg@sf-lawyers.com

Daniel F Van Woerkom    dan.vwlaw@gmail.com

John D Du Wors    duwors@newmanlaw.com, derek@newmanlaw.com, docketing@newmanlaw.com, leeor@newmanlaw.com, sarah@newmanlaw.com

Derek A Newman    linke@newmanlaw.com, charlotte@newmanlaw.com, derek@newmanlaw.com, docketing@newmanlaw.com, sarah@newmanlaw.com, keith@newmanlaw.com

1

**8:12-cv-00831-JVS-MLG Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

# CERTIFICATE OF SERVICE

I hereby certify that on **June 20, 2013**, I served the foregoing document entitled **NOTICE OF COURT ORDER GRANTING JOINT MOTION BY DANIEL F. VAN WOERKOM AND STEPHENS FRIEDLAND LLP TO WITHDRAW AS COUNSEL FOR DEFENDANTS EAGLE WEB ASSETS, INC. AND EWA NETWORK, INC.** on clients/defendants in this action as set forth below:

Ryan Eagle, President
Eagle Web Assets, Inc.
207 Willow Parkway
Buffalo Grove, Illinois  60089
Email:  ryan@eaglewebassets.com

Ryan Eagle, President
EWA Network, Inc.
207 Willow Parkway
Buffalo Grove, Illinois  60089
Email:  ryan@eaglewebassets.com

[ √ ] **(BY E-MAIL SERVICE )**  I caused such document to be transmitted electronic mail to the attorneys of record at the following email addresses, on the date set forth above.

[ √ ] **BY MAIL AS FOLLOWS:**  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after service of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **June 20, 2013**, at Newport Beach, California.

/s/ J. Gregory Dyer
_____
J. Gregory Dyer

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 3 -

NOTICE OF COURT ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL TO EWA NETWORK, INC. AND EAGLE WEB ASSETS, INC.