UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 12-0831 JVS (MLGx) | Date June 26, 2013 |
| Title Essociate, Inc. v. Eagle Web Assets, Inc. | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   Order Vacating Claim Construction Hearing and Setting Status/Scheduling Conference

In light of the withdrawal of defendants' counsel granted on June 18, 2013, the Court VACATES the Claim Construction hearing set for July 22, 2013.

The Court sets a Status/Scheduling conference for August 12, 2013 at 11:00 a.m. Counsel shall file a Joint Status Report not later than August 7, 2013.

| | 0 : 00 |
|---|---|
| Initials of Preparer | kjt |