Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401
Telephone: (310) 359-8200
Facsimile: (310) 359-8190

John Du Wors, State Bar No. 233913
duwors@newmanlaw.com
Derek Linke (*pro hac vice*)
linke@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Attorneys for Plaintiff
ESSOCIATE, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>Defendants.<br><br>LINKTRUST SYSTEMS, INC.<br><br>Intervenor and Counterclaim Plaintiff. | Case No. SACV12-00831 JVS (MLGx)<br><br>**ESSOCIATE'S STATUS REPORT RE: DOCKET NO. 43**<br><br>The Honorable James V. Selna<br>Santa Ana Courthouse |

Counsel for Plaintiff Essociate, Inc., respectfully submits the following Status Report. Essociate has had no communication from Defendants Eagle Web Assets, Inc. and EWA Network, Inc. (collectively, "Eagle Web") and new counsel has not appeared. Accordingly, Essociate submits this status report without participation from Eagle Web.

1. <u>Court's orders</u>.

Essociate claims that Defendants infringed one or more claims of U.S. Patent No. 6,804,660 (the " '660 Patent"). On June 18, 2013, this Court granted Eagle Web's counsel's motion to withdraw, and ordered Eagle Web to identify new counsel within 45 days. (Dkt. No. 41). On June 26, 2013, the Court ordered the parties to submit a joint status report by August 7, 2013. (Dkt. No. 43.)

2. <u>Case status</u>.

More than 45 days have elapsed since the Court ordered Eagle Web to identify new counsel. Eagle Web has not done so. Essociate has had no communications from Eagle Web. Further, Essociate noticed depositions of Eagle Web and Eagle Web's principal, and Eagle Web did not attend. Essociate intends to move for default.

Dated this 7th day of August, 2013.

**NEWMAN DU WORS LLP**

s/ Derek Linke
Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401

Derek Linke (*pro hac vice*)
linke@newmanlaw.com
John Du Wors, State Bar No. 233913
john@newmanlaw.com
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Phone:     (206) 274-2800
Fax:         (206) 274-2801

Attorneys for Plaintiff
Essociate, Inc.