Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 950
Santa Monica, CA  90401
Telephone:  (310) 359-8200
Facsimile:   (310) 359-8190

John Du Wors, State Bar No. 233913
john@newmanlaw.com
Derek Linke (*pro hac vice*)
linke@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA  98101
Telephone:  (206) 274-2800
Facsimile:   (206) 274-2801

Attorneys for Plaintiff
ESSOCIATE, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>        Defendants.<br>LINKTRUST SYSTEMS, INC.<br><br>        Intervenor and Counterclaim Plaintiff. | Case No. SACV12-0831 JVS (MLGx)<br><br>**CERTIFICATE OF SERVICE**<br><br>The Honorable James V. Selna<br>Santa Ana Courthouse |

The undersigned certifies under penalty of perjury under the laws of the United States that on the August 7, 2013, I caused true and correct copies of the following documents:

- **ESSOCIATE'S STATUS REPORT RE: DOCKET NO. 43**

1 to be delivered in the manner indicated, as follows:

3 **Via US Mail to:**

5 Ryan Eagle, President
EWA Network, Inc.
6 Eagle Web Assets, Inc.
207 Willow Parkway
7 Buffalo Grove, Illinois  60089

9    I certify under penalty of perjury under the laws of the United States that the
10 foregoing is true and correct and that this certificate was executed on August 7,
11 2013, at Seattle, Washington.

_____
Lindsey Rowson