UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 12-0831 JVS (MLGx)                    Date   August 12, 2013

Title   Essociate, Inc. v. Eagle Web Assets, Inc.

Present: The Honorable   James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Derek Linke | No Appearance |

**Proceedings:**   Status Conference

      Cause called and counsel for plaintiff makes his appearances.  The Court and counsel confer.  The Court continues the Status Conference to Monday, November 18, 2013 at 11:00 a.m.   If plaintiff has filed the indicated motion by November 13, 2013, the Court will vacate the Status conference.

0 : 05

Initials of Preparer   kjt