Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 950
Santa Monica, CA  90401
Telephone:  (310) 359-8200
Facsimile:   (310) 359-8190

John Du Wors, State Bar No. 233913
john@newmanlaw.com
Derek Linke (*pro hac vice*)
linke@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA  98101
Telephone:  (206) 274-2800
Facsimile:   (206) 274-2801

Attorneys for Plaintiff
ESSOCIATE, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>Defendants.<br>LINKTRUST SYSTEMS, INC.<br><br>Intervenor and Counterclaim Plaintiff. | Case No. SACV12-00831 JVS (MLGx)<br><br>**PLAINTIFF ESSOCIATE, INC.'S MOTION TO STRIKE ANSWER OF EAGLE WEB ASSETS, INC. and EWA NETWORK, INC.**<br><br>Hearing Date:      November 4, 2013<br>Hearing Time:      1:30 p.m.<br>Judge:                  James V. Selna<br>Courtroom:          10C<br><br>Complaint Filed: May 23, 2012<br>Discovery Cut-off: September 24, 2013<br>Pre-trial Conference: March 10, 2014<br>Trial Date: March 25, 2014 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on November 4, 2013, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable James V. Selna, located in Courtroom 10C at 411 West Fourth Street, Santa Ana, California, Plaintiff Essociate, Inc. will, and hereby does, move the Court for an order striking the answer in this matter.

This Motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, each of which is served and filed concurrently herewith; the entire record on file in this action; and any other or further papers filed or arguments made in support of the motion at or before the hearing thereon.

No conference of counsel occurred pursuant to L.R. 7-3 because Defendant is unrepresented by counsel.

Dated September 24, 2013.

Respectfully Submitted,

**NEWMAN DU WORS LLP**

By: /s/ Derek A. Newman

Derek A. Newman, State Bar No. 190467
John Du Wors, State Bar No. 233913
Derek Linke (*pro hac vice*)

Attorneys for Plaintiff
Essociate, Inc.