Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401
Telephone: (310) 359-8200
Facsimile: (310) 359-8190

John Du Wors, State Bar No. 233913
john@newmanlaw.com
Derek Linke (*pro hac vice*)
linke@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Attorneys for Plaintiff
ESSOCIATE, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>Defendants.<br>LINKTRUST SYSTEMS, INC.<br><br>Intervenor and Counterclaim Plaintiff. | Case No. SACV12-00831 JVS (MLGx)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ESSOCIATE, INC.'S MOTION TO STRIKE ANSWER OF EAGLE WEB ASSETS, INC. AND EWA NETWORK, INC.**<br><br>Hearing Date: November 4, 2013<br>Hearing Time: 1:30 p.m.<br>Judge: James V. Selna<br>Courtroom: 10C<br><br>Complaint Filed: May 23, 2012<br>Discovery Cut-off: September 24, 2013<br>Pre-trial Conference: March 10, 2014<br>Trial Date: March 25, 2014 |

1
MEMO IN SUPPORT OF MOTION TO STRIKE ANSWER [SACV12-00831 JVS (MLGX)]

## I. INTRODUCTION

Defendants Eagle Web Assets, Inc. and EWA Network Inc. (collectively, "Eagle Web") are unrepresented by counsel and unable to proceed in this matter. Plaintiff requests an order striking the answer so that it may request a default.

## II. FACTS

On May 23, 2012, Plaintiff filed a complaint alleging that Eagle Web infringed U.S. Patent No. 6,804,660. (Dkt. No. 1.) On July 31, 2012, Eagle Web filed an answer to the complaint. (Dkt. No. 11.) On June 20, 2013, this Court entered an order granting Eagle Web's counsels' motion to withdraw, and requiring Eagle Web to identify new counsel before August 12, 2013. (Dkt. No. 41.) Eagle Web did not identify new counsel, and on August 12, 2013, the Court held a status conference and ruled that Plaintiffs could file a motion to strike the answer. (Dkt. No. 45.) Eagle Web still has not identified new counsel.

## III. DISCUSSION

Eagle Web is unrepresented by counsel and unable to proceed. Eagle Web's answer should accordingly be stricken.

## IV. CONCLUSION

Defendants request that this Court enter an order striking Eagle Web's answer.

Dated September 24, 2013.

Respectfully Submitted,

**NEWMAN DU WORS LLP**

By: _____

Derek A. Newman, State Bar No. 190467
John Du Wors, State Bar No. 233913
Derek Linke (*pro hac vice*)

Attorneys for Plaintiff Essociate, Inc.