Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401
Telephone: (310) 359-8200
Facsimile: (310) 359-8190

John Du Wors, State Bar No. 233913
john@newmanlaw.com
Derek Linke (*pro hac vice*)
linke@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Attorneys for Plaintiff
ESSOCIATE, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>Defendants.<br><br>LINKTRUST SYSTEMS, INC.<br><br>Intervenor and Counterclaim Plaintiff. | Case No. SACV12-00831 JVS (MLGx)<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF ESSOCIATE, INC.'S MOTION TO STRIKE ANSWER OF EAGLE WEB ASSETS, INC. and EWA NETWORK, INC.**<br><br>Hearing Date: November 4, 2013<br>Hearing Time: 1:30 p.m.<br>Judge: James V. Selna<br>Courtroom: 10C<br><br>Complaint Filed: May 23, 2012<br>Discovery Cut-off: September 24, 2013<br>Pre-trial Conference: March 10, 2014<br>Trial Date: March 25, 2014 |

1 | GOOD CAUSE HAVING BEEN SHOWN THEREFORE, after having considered Essociate, Inc.'s Motion to Strike Answer of Eagle Web Assets, Inc. and EWA Network, Inc. (the "Motion"), IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that Defendants Eagle Web Assets, Inc. and EWA Network, Inc.'s Answer (Docket No. 11) is stricken.

IT IS SO ORDERED.

Dated: November \_\_\_\_, 2013.

_____
The Honorable James V. Selna
Judge of the U.S. District Court