Name and address:
STEPHENS FRIEDLAND LLP
Todd G. Friedland, Esq., State Bar No. 187022
J. Gregory Dyer, Esq., State Bar No. 218385
4695 MacArthur Court, Suite 1550
Newport Beach, California 92660
(949) 468-3200; Fax: (949) 468-3201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ESSOCIATE, INC.<br><br>v.<br>PLAINTIFF(S)<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., et al.<br><br>DEFENDANT(S) | CASE NUMBER:<br>SACV12-00831 JVS (MLGx)<br><br>NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL |
|---|---|

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

*Note:* *In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance of Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.*

## SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Todd G. Friedland, Esq.                              CA Bar Number: 187022

Firm or agency: STEPHENS FRIEDLAND LLP

Address: 4695 MacArthur Court, Suite 1550, Newport Beach, California 92660

Telephone Number: (949) 468-3200              Fax Number: (949) 468-3201

Email: todd@sf-lawyers.com

Counsel of record for the following party or parties: On June 18, 2013, this Court granted the Joint Motion to Withdraw by Stephens Friedland LLP and Daniel F. Van Woerkom, Esq., as counsel on behalf of Defendants Eagle Web Assets, Inc. and EWA Network, Inc. On May 22, 2013, counsel also dismissed the Counterclaim brought by Linktrust Systems, Inc.

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____ .

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

*Please select one of the following options:*

☒ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: ____June 18, 2013____ .

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.
*(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____ .

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: 10/04/2013         Signature: *[signature]*

                         Name: Todd G. Friedland

# CERTIFICATE OF SERVICE

I hereby certify that on **October 4, 2013**, I served the foregoing document entitled **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL** on clients/defendants in this action as set forth below:

Ryan Eagle, President
Eagle Web Assets, Inc.
207 Willow Parkway
Buffalo Grove, Illinois  60089
Email:  ryan@eaglewebassets.com

Ryan Eagle, President
EWA Network, Inc.
207 Willow Parkway
Buffalo Grove, Illinois  60089
Email:  ryan@eaglewebassets.com

[ √ ] **(BY E-MAIL SERVICE )** I caused such document to be transmitted electronic mail to the attorneys of record at the following email addresses, on the date set forth above.

[ √ ] **BY MAIL AS FOLLOWS:** The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after service of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **October 4, 2013**, at Newport Beach, California.

/s/ Todd G. Friedland
_____
Todd G. Friedland

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 2 -
NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL