UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-0831 JVS (MLGx) | Date | October 24, 2013 |
| Title | Essociate, Inc. v. Eagle Web Assets, Inc. | | |

Present: The Honorable    James V. Selna

| | |
|---|---|
| Karla J. Tunis | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    (In Chambers)    <u>Order Granting Plaintiff's Motion to Strike Answer</u>

    Plaintiff Essociate, Inc. ("Essociate") has filed a motion to strike the Answer of Defendants Eagle Web Assets, Inc. and EWA Network, Inc. (collectively, "Eagle Web") so that it may request a default. For the following reasons, Essociate's motion to strike Eagle Web's Answer is GRANTED.

    Essociate filed suit against Eagle Web on May 23, 2012, alleging that Eagle Web infringed U.S. Patent No. 6,804,660. (Compl. ¶¶ 11-16, Docket No. 1.) Eagle Web filed its Answer to the Complaint on July 31, 2012. (Docket No. 11.) On May 22, 2013, Daniel F. Van Woerkom and Stephens Friedland LLP (collectively, "the Attorneys") moved to withdraw as counsel for Eagle Web. (Docket No. 36.) The Court granted the Attorneys' motion to withdraw on June 18, 2013, further ordering Eagle Web to retain new counsel within forty-five days. (Docket No. 40.) Eagle Web failed to comply with the Court's order to name new counsel. On September 24, 2013, Essociate filed a motion to strike Eagle Web's Answer. (Docket No. 46.)

    "[A] corporation may appear in the federal courts only through licensed counsel." <u>Rowland v. Cal. Men's Colony</u>, 506 U.S. 194, 202 (1993); <u>see also United States v. High Country Broad. Co.</u>, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam). Similarly, the Local Rules for the United States District Court for the Central District of California prohibit corporations from proceeding in an action *pro se*. L.R. 83-2.10.1. When a party fails to comply with a court order to retain counsel, entry of a default judgment against that party is "perfectly appropriate." <u>High Country Broad. Co.</u>, 3 F.3d at 1245.

    Eagle Web has not named new counsel despite the Court's order to do so. (Docket No. 40.) Therefore, it is permissible for Essociate to request a default. Essociate's motion

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 12-0831 JVS (MLGx)                    Date  October 24, 2013

Title  Essociate, Inc. v. Eagle Web Assets, Inc.

to strike Eagle Web's Answer is GRANTED and Eagle Web's Answer (Docket No. 11) is hereby STRICKEN. The Court further finds that oral argument would not be helpful on this matter, and VACATES the November 4, 2013 hearing. Fed. R. Civ. P. 78; L.R. 7-15.

|  |  | 0 | : | 00 |
|---|---|---|---|---|

Initials of Preparer     kjt