# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Essociate, Inc., a Deleware Corporation
        Plaintiff(s),

vs.

Eagle Web Assets, Inc., an Illinois Corporation and EWA Network Inc., an Illinois Corporation
        Defendant(s),

Case No.: SACV12-831 CJC(ANx)

**AFFIDAVIT OF SERVICE**

---

I, **Jerry Willson**, being duly sworn on oath, deposes and states as follows:

1. I am an agent of Elite Process Serving and Investigations, Inc. with its principal place of business located in Plainfield, Illinois 60586. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Serving and Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulation (#117-001199). I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case. I was contracted to serve process in the above captioned case.

3. I personally served the within **Summons, Complaint for Patent Infringement with Exhibit, Civil Cover Sheet, Notice of Assignment to United States Magistrate Judge for Discovery, Notice of Interested Parties, Notice to Counsel Re: Copyright, Patent, and Trademark Reporting Requirements and Notice to Parties of Court-Directed ADR Program** in the above captioned matter on **Paul W. Plotnick, Attorney At Law** at his/her usual place of business located at **9933 Lawler, Suite 312, Skokie, IL 60077** on **May 29, 2012** at **11:15 AM**.

Description: Sex: **Male** - Race: **White** - Hair: **Bald** - Approx. Age: **60** - Height: **5'8"** - Weight: **200**

4. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X _____
Jerry Willson

State of _____IL_____

County of _____COOK_____

Subscribed and Sworn to before me on this
___1___ day of ___June___, 20__12__

_____
Signature of Notary Public

OFFICIAL SEAL
MATTHEW KANTOR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/20/14

*134053*

Derek A. Newman, 190467/derek@newmanlaw.com
John Du Wors, 233913/duwors@newmanlaw.com
Derek Linke, ProHac to be filed/linke@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600/Seattle, WA 98101
Telephone:   (206) 274-2800
Facsimile:   (206) 274-2801

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>PLAINTIFF(S)<br>v.<br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**SACV12-831 CJC(ANx)**<br><br>SUMMONS |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _John Du Wors_____, whose address is _1201 Third Avenue, Suite 1600, Seattle, Washington 98101_____.   If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Dated:   5-23-12

Clerk, U.S. District Court

By: NANCY INTERIANO
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

Elite Process Serving, Inc.
16106 Route 59, Suite 200
Plainfield, IL 60586
(630) 299-4600



ATTN: Arlyne N. Sorrells
Newman Du Wors LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101

## INVOICE FOR SERVICE

IN RE: Essociate, Inc., a Deleware Corporation v. Eagle Web Assets, Inc., an Illinois Corporation and EWA Network Inc., an Illinois Corporation
Court Case#: SACV12-831 CJC(ANx)

Invoice#: 64469       Link#: 134053       Your Ref#:       Date: 05/30/2012

| Item | Servee | Desc | Amount |
|---|---|---|---|
| Service of Process | Paul W. Plotnick, Attorney At Law | Summons, Complaint for Patent Infringement with Exhibit, Civil Cover Sheet, Notice of Assignment to United States Magistrate Judge for Discovery, Notice of Interested Parties, Notice to Counsel Re: Copyright, Patent, and Trademark Reporting Requirements and Notice to Parties of Court-Directed ADR Program | $65.00 |

**TOTAL CHARGES:**                                                      $65.00

**BALANCE:**                                                            $65.00

ALL INVOICES ARE DUE UPON RECEIPT | FEIN 32-0055712