Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA  90401
Telephone:  (310) 359-8200
Facsimile:   (310) 359-8190

John Du Wors, State Bar No. 233913
john@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA  98101
Telephone:  (206) 274-2800
Facsimile:   (206) 274-2801

Attorneys for Plaintiff
ESSOCIATE, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>Defendants.<br>LINKTRUST SYSTEMS, INC.<br><br>Intervenor and Counterclaim Plaintiff. | **Case No. SACV12-00831 JVS (MLGx)**<br><br>**REQUEST TO ENTER DEFAULT AGAINST EAGLE WEB ASSETS, INC. AND EWA NETWORK, INC.** |

**TO THE CLERK OF COURT:**

ESSOCIATE, INC. hereby requests that the Clerk of the above-titled Court enter default in this matter against Defendants Eagle Web Assets, Inc. and EWA Network, Incl. on the grounds that said Defendants have failed to appear or otherwise respond to the complaint. Essociate served the complaint on Defendants on May 29, 2012, as evidenced by the proof of service of summons and complaint on file with the Court (Dkt. No. 50). Defendants' answer was stricken by order of the Court on October 24, 2013. (Dkt. No. 48.) Defendants are currently unrepresented by counsel, and have not filed an answer or other responsive pleading since their previous answer was stricken.

The above stated facts are set forth in the accompanying declaration of Keith Scully filed herewith.

Dated this 19th day of November, 2013.

Respectfully Submitted,

**Newman Du Wors LLP**

By: *[signature]*
Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
John Du Wors, State Bar No. 233913
john@newmanlaw.com

Attorneys for Plaintiff
ESSOCIATE, INC.