Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA 90401
Telephone: (310) 359-8200
Facsimile: (310) 359-8190

John Du Wors, State Bar No. 233913
john@newmanlaw.com
Derek Linke (*pro hac vice*)
linke@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Attorneys for Plaintiff
ESSOCIATE, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>Defendants. | **Case No. SACV12-00831 JVS (MLGx)**<br><br>**DECLARATION OF KEITH SCULLY IN SUPPORT OF REQUEST TO ENTER DEFAULT AGAINST EAGLE WEB ASSETS, INC. AND EWA NETWORK, INC.** |
| LINKTRUST SYSTEMS, INC.<br><br>Intervenor and Counterclaim Plaintiff. | |

1
**SCULLY DECLARATION**

I, Keith Scully, hereby declare:

1. I am counsel for Plaintiff Essociate, Inc. ("Plaintiff"), over the age of 18, and competent to testify in this action.

2. A proof of service is on file with the Court. That document demonstrates that Essociate served Defendant Eagle Web Assets, Inc. by serving Paul Plotnick, attorney at law, personally with the summons and complaint and other papers on May 29, 2012.

3. Defendants are currently unrepresented by counsel, and have not filed an answer or other responsive pleading since their previous answer was stricken.

I certify and declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

Signed this 19th day of November, 2013.

_____
Keith Scully