POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Derek A. Newman, State Bar No. 190467<br>Newman Du Wors LLP<br>100 Wilshire Boulevard, Sutie 940<br>Santa Monica, CA 90401<br>TELEPHONE NO.: (310) 359-8200    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): derek@newmanlaw.com<br>ATTORNEY FOR (Name): Plaintiff Essociate, Inc. | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: Essociate, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Eagle Web Assets Inc. et al. | 12-cv-00831-JVS-MLG |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* see attachment A

3. a. Party served *(specify name of party as shown on documents served):*
      Eagle Web Assets, Inc. and EWA Network, Inc.

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      Paul W. Plotnick, registered agent for Eagle Web Assets, Inc. and EWA Network, Inc.

4. Address where the party was served:
   9933 Lawler, Suite 312, Skokie, IL 60077

5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* May 29, 2012    (2) at *(time):* 11:15 a.m.
   b. [ ] **by substituted service.** On *(date):*    at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*    from *(city):*    or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Essociate, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Eagle Web Assets Inc. et al. | 12-cv-00831-JVS-MLG |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:          (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify)*: Eagle Web Assets, Inc. and EWA Network, Inc.
    under the following Code of Civil Procedure section:
      ☑ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
                                  ☐ other:

7. **Person who served papers**
  a. Name: Jerry Willson
  b. Address: Elite Process Serving & Investigations, Inc. 16106 Route 59 Suite 200 Plainfield, Illinois 60586
  c. Telephone number: (630) 299-4600
  d. The fee for service was: $
  e. I am:
    (1) ☑ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: November 26, 2013

Jerry Willson
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        ▶ *(signature)* (SIGNATURE)

## Attachment A

1. **NOTICE OF ASSIGNMENT TO MAGISTRATE JUDGE FOR DISCOVERY**
2. **NOTICE OF INTERESTED PARTIES**
3. **NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS**
4. **NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**
5. **SUMMONS**