Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA 90401
Telephone: (310) 359-8200
Facsimile: (310) 359-8190

John Du Wors, State Bar No. 233913
john@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Attorneys for Plaintiff
ESSOCIATE, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>Defendants. | **Case No. SACV12-00831 JVS (MLGx)**<br><br>**REQUEST TO ENTER DEFAULT AGAINST EAGLE WEB ASSETS, INC. AND EWA NETWORK, INC.** |
| LINKTRUST SYSTEMS, INC.<br><br>Intervenor and Counterclaim Plaintiff. | |

1
REQUEST TO ENTER DEFAULT AGAINST EAGLE WEB ASSETS, INC. AND EWA NETWORK, INC.

1 | **TO THE CLERK OF COURT:**

2 | ESSOCIATE, INC. hereby requests that the Clerk of the above-titled Court
3 | enter default in this matter against Defendants Eagle Web Assets, Inc. and EWA
4 | Network, Incl. on the grounds that said Defendants have failed to appear or
5 | otherwise respond to the complaint.  Essociate served the complaint on Defendants
6 | on May 29, 2012, as evidenced by the proof of service of summons and complaint
7 | on file with the Court (Dkt. No. 50). Defendants' answer was stricken by order of
8 | the Court on October 24, 2013. (Dkt. No. 48.) Defendants are currently
9 | unrepresented by counsel, and have not filed an answer or other responsive
10 | pleading since their previous answer was stricken.

11 | The above stated facts are set forth in the accompanying declaration of Keith
12 | Scully filed herewith.

14 | Dated this 4th day of December, 2013.

16 | Respectfully Submitted,

17 | **Newman Du Wors LLP**

20 | By: *[signature]*
Derek A. Newman, State Bar No. 190467
21 | derek@newmanlaw.com
22 | John Du Wors, State Bar No. 233913
john@newmanlaw.com

24 | Attorneys for Plaintiff
ESSOCIATE, INC.

2
**REQUEST TO ENTER DEFAULT AGAINST EAGLE WEB ASSETS, INC. AND EWA NETWORK, INC.**