Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA 90401
Telephone: (310) 359-8200
Facsimile: (310) 359-8190

John Du Wors, State Bar No. 233913
john@newmanlaw.com
Derek Linke (*pro hac vice*)
linke@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Attorneys for Plaintiff
ESSOCIATE, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation, <br><br> Defendants. | **Case No. SACV12-00831 JVS (MLGx)** <br><br> **DECLARATION OF SERVICE** |
| LINKTRUST SYSTEMS, INC. <br><br> Intervenor and Counterclaim Plaintiff. | |

I, Sarah Skaggs, declare as follows:

I am employed in the County of King, State of Washington. I am over the age of eighteen years and am not a party to this action. My business address is 1201 Third Avenue, Suite 1600, Seattle, Washington 98101 in said County and State. On December 4, 2013, I served the following documents: PROOF OF SERVICE, CIVIL COVER SHEET, COMPLAINT, NOTICE OF ASSIGNMENT TO MAGISTRATE JUDGE FOR DISCOVERY, NOTICE OF INTERESTED PARTIES, NOTICE TO COUNSEL, NOTICE TO PARTIES NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS, REQUEST TO ENTER DEFAULT AGAINST EAGLE WEB ASSETS, INC. AND EWA NETWORK, INC, AND DECLARATION OF KEITH SCULLY on the parties stated below, by the following means of service:

> Eagle Web Assets, Inc.
> EWA Network Inc.
> Ryan Eagle
> 207 Willow Parkway
> # 93
> Buffalo Grove, IL 60089

☒ BY MAIL: I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ BY PERSONAL SERVICE: I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney,

PROOF OF SERVICE - 2

delivery was made to the attorney or at the attorney's office by leaving the documents, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

☐ BY FAX TRANSMISSION: From fax number (206) 274-2801, I caused each such document to be transmitted by fax machine, to the parties and numbers indicated above, under California Rules of Court, Rule 2.306. The fax machine I used complied with Rule 2.301 and no error was reported by the machine.

☐ BY OVERNIGHT DELIVERY: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses indicated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☒ (FEDERAL) I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 4, 2013.

_Sarah Skaggs_
Sarah Skaggs

PROOF OF SERVICE - 3