UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-0831 JVS (MLGx) | Date | February 27, 2014 |
| Title | Essociate, Inc. v. Eagle Web Assets, Inc. | | |

| | | |
|---|---|---|
| Present: The Honorable | James V. Selna | |
| Karla J. Tunis | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (In Chambers)
Order Discharging Order to Show Cause and Granting Extension of Time to Correct Service and Request Entry of Default

    The Court, having reviewed the plaintiff's response to the Court's Order to Show Cause (OSC) issued February 4, 2014 and the record in this action, hereby ORDERS the OSC discharged.

    The Court GRANTS the plaintiff until April 27, 2014 to cure any defect in service and file a new request for entry of default.

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |