Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA 90401
Telephone: (310) 359-8200
Facsimile: (310) 359-8190

John Du Wors, State Bar No. 233913
john@newmanlaw.com
Derek Linke (*pro hac vice*)
linke@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Attorneys for Plaintiff
ESSOCIATE, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>Defendants. | **Case No. SACV12-00831 JVS (MLGx)**<br><br>**AMENDED REQUEST TO ENTER DEFAULT AGAINST DEFENDANT EAGLE WEB ASSETS, INC.** |
| LINKTRUST SYSTEMS, INC.<br><br>Intervenor and Counterclaim Plaintiff. | |

**TO THE CLERK OF COURT:**

Plaintiff Essociate, Inc. requests that the Clerk of the above-titled Court enter default in this matter against Defendant Eagle Web Assets, Inc., an Illinois corporation (Eagle) on the grounds that Eagle is a party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend.

Essociate served its complaint on Eagle on May 29, 2012, as evidenced by the proof of service of summons and complaint on file with the Court. (Docket No. 60.) Eagle's previous answer was stricken by Order of the Court on October 24, 2013. (Docket No. 48.) Eagle is currently unrepresented by counsel, and has not filed an answer or other responsive pleading since its answer was stricken.

The above-stated facts are set forth in the accompanying declaration of Derek Linke.

Dated this 28th day of April, 2014.

Respectfully Submitted,

**NEWMAN DU WORS LLP**

s/ Derek Linke
Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
Derek Linke (*pro hac vice*)
linke@newmanlaw.com
John Du Wors, State Bar No. 233913
john@newmanlaw.com

Attorneys for Plaintiff
ESSOCIATE, INC.