Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA 90401
Telephone: (310) 359-8200
Facsimile: (310) 359-8190

John Du Wors, State Bar No. 233913
john@newmanlaw.com
Derek Linke (*pro hac vice*)
linke@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Attorneys for Plaintiff
ESSOCIATE, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>Defendants.<br>LINKTRUST SYSTEMS, INC.<br><br>Intervenor and Counterclaim Plaintiff. | **Case No. SACV12-00831 JVS (MLGx)**<br><br>**DECLARATION OF DEREK LINKE IN SUPPORT OF AMENDED REQUEST TO ENTER DEFAULT AGAINST DEFENDANT EAGLE WEB ASSETS, INC.** |

1
**LINKE DECL. IN SUPP. AMEND. REQ. FOR DEFAULT AGAINST DEF. EAGLE WEB ASSETS, INC.**

I, Derek Linke, hereby declare:

1. I am counsel for Plaintiff Essociate, Inc., over the age of 18, and competent to testify in this action.

2. Essociate served Defendant Eagle Web Assets, Inc., an Illinois corporation (Eagle) with the summons and complaint. A proof of service is on file with the Court. (Docket No. 60.)

3. Eagle is currently unrepresented by counsel, and has not filed an answer or other responsive pleading since its previous answer was stricken. (*See* Order Granting Plaintiff's Motion to Strike Answer (Docket No. 48).)

I certify and declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 28th day of April, 2014 at Mercer Island, Washington.

s/ Derek Linke
Derek Linke