1  Derek A. Newman, State Bar No. 190467
   derek@newmanlaw.com
2  NEWMAN DU WORS LLP
3  100 Wilshire Boulevard, Suite 940
   Santa Monica, CA 90401
4  Telephone: (310) 359-8200
   Facsimile: (310) 359-8190
5
6  John Du Wors, State Bar No. 233913
   john@newmanlaw.com
7  Derek Linke (*pro hac vice*)
   linke@newmanlaw.com
8  NEWMAN DU WORS LLP
9  1201 Third Avenue, Suite 1600
   Seattle, WA 98101
10 Telephone: (206) 274-2800
   Facsimile: (206) 274-2801
11
12 Attorneys for Plaintiff
   ESSOCIATE, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation, | Case No. SACV12-00831 JVS (MLGx) |
| Plaintiff, | **AMENDED REQUEST TO ENTER DEFAULT AGAINST DEFENDANT EWA NETWORK, INC.** |
| v. | |
| EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation, | |
| Defendants. | |
| LINKTRUST SYSTEMS, INC. | |
| Intervenor and Counterclaim Plaintiff. | |

1
**AMENDED REQUEST TO ENTER DEFAULT AGAINST DEFENDANT EWA NETWORK, INC.**

**TO THE CLERK OF COURT:**

Plaintiff Essociate, Inc. requests that the Clerk of the above-titled Court enter default in this matter against Defendant EWA Network, Inc., an Illinois corporation (EWA) on the grounds that EWA is a party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend.

Essociate served its complaint on EWA on May 29, 2012, as evidenced by the proof of service of summons and complaint on file with the Court. (Docket No. 62.) EWA's previous answer was stricken by Order of the Court on October 24, 2013. (Docket No. 48.) EWA is currently unrepresented by counsel, and has not filed an answer or other responsive pleading since its answer was stricken.

The above-stated facts are set forth in the accompanying declaration of Derek Linke.

Dated this 28th day of April, 2014.

Respectfully Submitted,

**NEWMAN DU WORS LLP**

s/ Derek Linke
Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
Derek Linke (*pro hac vice*)
linke@newmanlaw.com
John Du Wors, State Bar No. 233913
john@newmanlaw.com

Attorneys for Plaintiff
ESSOCIATE, INC.