Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA  90401
Telephone:  (310) 359-8200
Facsimile:   (310) 359-8190

John Du Wors, State Bar No. 233913
john@newmanlaw.com
Derek Linke (*pro hac vice*)
linke@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA  98101
Telephone:  (206) 274-2800
Facsimile:   (206) 274-2801

Attorneys for Plaintiff
ESSOCIATE, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>　　　　Defendants. | **Case No. SACV12-00831 JVS (MLGx)**<br><br>**DECLARATION OF SERVICE** |
| LINKTRUST SYSTEMS, INC.<br><br>Intervenor and Counterclaim Plaintiff. | |

PROOF OF SERVICE - 1

I, Derek Linke, declare as follows:

I am counsel for Plaintiff Essociate, Inc., over the age of 18, and competent to testify in this action. On April 28, 2014, I served the following documents: PROOF OF SERVICE, CIVIL COVER SHEET, COMPLAINT, NOTICE OF ASSIGNMENT TO MAGISTRATE JUDGE FOR DISCOVERY, NOTICE OF INTERESTED PARTIES, NOTICE TO COUNSEL, NOTICE TO PARTIES, NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS, AMENDED REQUEST TO ENTER DEFAULT AGAINST DEFENDANT EWA NETWORK, INC., and DECLARATION OF DEREK LINKE IN SUPPORT OF AMENDED REQUEST TO ENTER DEFAULT AGAINST DEFENDANT EWA NETWORK, INC. on Defendant EWA Network, Inc., by the following means of service:

EWA Network, Inc.
Ryan Eagle
207 Willow Parkway
# 93
Buffalo Grove, IL 60089

by depositing the documents in U.S. Mail, addressed as above and with postage fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2014.

s/ Derek Linke
Derek Linke

PROOF OF SERVICE - 2