**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Essociate Inc <br><br> PLAINTIFF(S) <br> v. <br> Eagle Web Assets Inc et al <br><br> DEFENDANT(S). | CASE NUMBER <br><br> SACV12-831 JVS (MLGx) <br><br> **DEFAULT BY CLERK** <br> **F.R.Civ.P. 55(a)** |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Eagle Web Assets Inc , an Illinois Corporation

EWA Network Inc, an Illinois Corporation

Clerk, U. S. District Court

May 1, 2014

Date

By Trina DeBose

Deputy Clerk

CV-37 (10/01)                    DEFAULT BY CLERK F.R.Civ.P. 55(a)