Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
Sophy Tabandeh, State Bar No. 287583
sophy@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA  90401
Telephone:  (310) 359-8200
Facsimile:   (310) 359-8190

John Du Wors, State Bar No. 233913
john@newmanlaw.com
Derek Linke (*pro hac vice*)
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA  98101
Telephone:  (206) 274-2800
Facsimile:   (206) 274-2801

Attorneys for Plaintiff
ESSOCIATE, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>EAGLE WEB ASSETS, an Oklahoma corporation,<br><br>　　　　　Defendant. | Case No. 8:12-cv-00831-JVS (MLG)<br><br>**STATUS REPORT AND REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** |

## I. Introduction

Plaintiff Essociate, Inc. requests an additional six-month extension of time to move for a default judgment in this matter in order to finish collecting records from an out-of-state corporation, LinkTrust Systems Inc., that can be used to show the infringement and associated revenue by Defendants Eagle Web Assets, Inc. and EWA Network, Inc. (together, "Eagle Web"). Essociate has diligently pursued records collection, including serving a subpoena on LinkTrust in Utah.

Essociate moved to compel in November 2013, because LinkTrust did not produce anything in response. Briefing on Essociate's motion to compel was complete on February 4, 2014, and the parties have been awaiting a decision for over five months. An additional six months will allow Essociate to collect all relevant records and move for default judgment.

## II. Factual Summary

Eagle Web operated an Internet-based affiliate marketing network that infringed Essociate's patent. On May 1, 2014, the clerk entered an order of default against Eagle Web. (Dkt. 64). This Court set a status conference regarding Essociate's progress toward moving for entry of judgment. (Dkt 65.)

Eagle Web used Utah-based LinkTrust Systems, Inc.'s systems to maintain records of its activities, including records that will demonstrate the extent of Eagle Web's infringement and allow Essociate to reasonably calculate damages. Essociate promptly served LinkTrust with a subpoena but LinkTrust served objections but no responsive documents. (*See* Dkt. No. 2 in *Essociate v. LinkTrust Systems, Inc.* ("*LinkTrust*"), 2:13-mc-01050-TS (D.Utah).) LinkTrust subsequently failed to appear at a records deposition, and Essociate obtained Utah local counsel and on November 25, 2013 moved to compel and for sanctions in the District of Utah. *Id.*

Essociate's motion to compel has been fully briefed and awaiting a decision for months. An opposition was filed on January 21, 2014 (*LinkTrust*, Dkt. 6), a reply was filed on February 4, 2014 (*LinkTrust*, Dkt. 7), and a Request to Submit

for Decision (a filing provided for in the local rules designed to remind the Utah court that the matter was still pending) was filed on April 7, 2014 (*LinkTrust*, Dkt. 8). In the District of Utah, motions are not argued unless the court specifically orders argument. Because Essociate has filed the request to submit for decision, Essociate has no further means of expediting the matter until the court rules. Essociate has both telephoned and sent email communications to the court asking for a status report on the decision, but has not received a response.

### III.   Request for Relief

Essociate respectfully requests an additional six-month extension of time to move for a default judgment.

### IV.   Conclusion

Essociate is diligently pursuing records necessary to prove the extent of Eagle Web's infringement and to move for a default judgment. Essociate requests an additional six-month continuance in order to do so.

Dated July 7, 2014.        Respectfully Submitted,

**Newman Du Wors LLP**

s/ Derek Linke
Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
Derek Linke (*pro hac vice*)
linke@newmanlaw.com
John Du Wors, State Bar No. 233913
john@newmanlaw.com
Sophy Tabandeh, State Bar No. 287583
sophy@newmanlaw.com

Attorneys for Plaintiff
Essociate, Inc.