UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-0831 JVS (MLGx) | Date | July 7, 2014 |
| Title | Essociate, Inc. v. Eagle Web Assets, Inc. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Sophy Tabandeh | No Appearance |

**Proceedings:**   Status Conference

    Cause called and counsel for plaintiff makes her appearance. The Court and counsel confer. The Court continues the Status Conference to Monday, January 12, 2015 at 10:00 a.m. If plaintiff has filed the indicated motion by January 7, 2014, the Court will vacate the Status conference.

|   |   |   |
|---|---|---|
|   | 0 : 03 |   |
| Initials of Preparer | kjt |   |