Derek A. Newman, State Bar No. 190467
*dn@newmanlaw.com*
Sophy J. Tabandeh, State Bar No. 287583
*sophy@newmanlaw.com*
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA  90401
Telephone:  (310) 359-8200
Facsimile:   (310) 359-8190

John Du Wors, State Bar No. 233913
*john@newmanlaw.com*
Derek Linke (admitted *pro hac vice*)
*linke@newmanlaw.com*
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA  98121
Telephone:  (206) 274-2800
Facsimile:   (206) 274-2801

Attorneys for Plaintiff
Essociate, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>Defendants. | Case No. SACV12-00831-JVS (MLGx)<br><br>**NOTICE OF APPLICATION AND APPLICATION BY PLAINTIFF ESSOCIATE, INC. FOR DEFAULT JUDGMENT AGAINST DEFENDANTS EAGLE WEB ASSETS, INC. AND EWA NETWORK, INC.**<br><br>Date:          February 23, 2015<br>Time:         1:30 p.m.<br>Courtroom:   10C<br><br>The Honorable James V. Selna<br>Santa Ana Courthouse |

1
NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT

**To: Defendants Eagle Web Assets, Inc. and EWA Network, Inc.**

PLEASE TAKE NOTICE that on February 23, 2015, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable James V. Selna, located in Courtroom 10C at 411 West Fourth Street, Santa Ana, California, Plaintiff Essociate, Inc. will, and hereby does, present its application for entry of default judgment against Defendants Eagle Web Assets, Inc. and EWA Network, Inc. (together, "Eagle"). On May 1, 2014 Eagle was entered into default by the Clerk (Dkt. 64).

Essociate requests entry of default judgment against Eagle on the following grounds:

1. As evidenced by the proofs of service on file with the Court, Defendants Eagle Web Assets, Inc. and EWA Network, Inc. were each served with the summons and complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure on May 29, 2012 (Dkts. 60, 62);

2. Eagle appeared by counsel and filed an answer to Essociate's Complaint (Dkt. 11);

3. On May 22, 2013, Eagle's counsel moved to withdraw as counsel on the grounds that Eagle failed to communicate with counsel, making it impossible for Eagle's counsel to effectively represent Eagle in this action (Dkt. 36);

4. On June 20, 2013, this Court entered an order granting Eagle's counsel's motion to withdraw, and requiring Eagle to identify new counsel before August 12, 2013 (Dkt. 41);

5. Eagle did not identify new counsel, and on August 12, 2013, the Court held a status conference and ruled that Essociate could file a motion to strike Eagle's answer (Dkt. 45);

6. On September 24, 2013, Essociate filed its motion to strike Eagle's answer (Dkt. 46);

7. On October 24, 2013, the Court entered an order striking Eagle's answer (Dkt. 48);

8. Essociate requested entry of default against Eagle, which was entered on May 1, 2014 (Dkt. 64.)

9. Defendants Eagle Web Assets, Inc. and EWA Network, Inc. are corporations, not infants or incompetent persons.

10. Defendants Eagle Web Assets, Inc. and EWA Network, Inc. are corporations, and are not in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940; and

11. Written notice of this application for default judgment by court under Rule 55(b)(2) of the Federal Rules of Civil Procedure, was caused to be served on Defendants on January 9, 2015 by U.S. Mail as indicated on the declaration of service filed herewith.

Plaintiff Essociate, Inc. requests the following judgment against Defendants Eagle Web Assets, Inc. and EWA Network, Inc. on account of the claims pleaded in the Complaint:

1. Establishment of the facts pleaded against Defendants as true;

2. A determination that Defendants infringed U.S. Patent No. 6,804,660;

3. A reasonable royalty under 35 U.S.C. § 284 for the use made of the invention together with interest and costs as fixed by the Court.

This Application is based on this Notice of Application and Application, the supporting Memorandum of Points and Authorities, the declaration of Michael Landau filed herewith, the pleadings and papers on file in this action, such matters of which the Court may take judicial notice, and files and other matters that may be presented at the hearing. Applicant is willing to submit this matter based solely on the aforementioned documents and papers, unless opposed.

Dated: January 9, 2015.    Respectfully Submitted,

Newman Du Wors LLP

By:    s/ Derek Linke
Derek A. Newman, State Bar No. 190467
*derek@newmanlaw.com*
Derek Linke, admitted *pro hac vice*
*linke@newmanlaw.com*
John Du Wors, State Bar No. 233913
*john@newmanlaw.com*
Sophy J. Tabandeh, State Bar No. 287583
*sophy@newmanlaw.com*

Attorneys for Plaintiff
Essociate, Inc.

4
NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT