Derek A. Newman, State Bar No. 190467
*dn@newmanlaw.com*
Sophy J. Tabandeh, State Bar No. 287583
*sophy@newmanlaw.com*
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA  90401
Telephone:  (310) 359-8200
Facsimile:    (310) 359-8190

John Du Wors, State Bar No. 233913
*john@newmanlaw.com*
Derek Linke (admitted *pro hac vice*)
*linke@newmanlaw.com*
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA  98121
Telephone:  (206) 274-2800
Facsimile:    (206) 274-2801

Attorneys for Plaintiff
Essociate, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>　　　　　　Defendants. | Case No. SACV12-00831-JVS (MLGx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ESSOCIATE, INC.'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS EAGLE WEB ASSETS, INC. AND EWA NETWORK, INC.**<br><br>Date:　　　　February 23, 2015<br>Time:　　　　1:30 p.m.<br>Courtroom:　10C<br><br>The Honorable James V. Selna<br>Santa Ana Courthouse |

1
ORDER GRANTING APPLICATION FOR DEFAULT JUDGMENT

1  After consideration of Plaintiff Essociate, Inc.'s application for default
2  judgment against Defendants Eagle Web Assets, Inc. and EWA Network, Inc., the
3  Memorandum of Points and Authorities in support thereof, and the declaration of
4  Michael Landau filed therewith, the Court issues the following Order for Default
5  Judgment.
6      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that Judgment
7  be entered in favor of Plaintiff Essociate, Inc. in the amount of $1,004,001.67
8  against Defendants Eagle Web Assets, Inc. and EWA Network, Inc., in addition to
9  costs and post-judgment interest.

11     IT IS SO ORDERED

13  Dated: _____, 2015.

    _____
    Honorable James V. Selna
    United States District Judge