Derek A. Newman, State Bar No. 190467
*dn@newmanlaw.com*
Sophy J. Tabandeh, State Bar No. 287583
*sophy@newmanlaw.com*
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA  90401
Telephone:  (310) 359-8200
Facsimile:    (310) 359-8190

John Du Wors, State Bar No. 233913
*john@newmanlaw.com*
Derek Linke (admitted *pro hac vice*)
*linke@newmanlaw.com*
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA  98121
Telephone:  (206) 274-2800
Facsimile:    (206) 274-2801

Attorneys for Plaintiff
Essociate, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>Defendants. | Case No. SACV12-00831-JVS (MLGx)<br><br>**DECLARATION OF MICHAEL LANDAU IN SUPPORT OF PLAINTIFF ESSOCIATE, INC.'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS EAGLE WEB ASSETS, INC. AND EWA NETWORK, INC.**<br><br>Date:             February 23, 2015<br>Time:            1:30 p.m.<br>Courtroom:   10C<br><br>The Honorable James V. Selna<br>Santa Ana Courthouse |

I, Michael Landau, hereby declare and testify as follows:

1. I am the Chief Technology Officer of Plaintiff Essociate, Inc., over the age of 18, and unless otherwise stated, am competent to testify as to the matters herein on the basis of personal knowledge.

2. Essociate and Defendants Eagle Web Assets, Inc. and EWA Network, Inc. (together, "Eagle") are business competitors in the field of online affiliate networking.

3. Both companies offer—or offered, in Eagle's case—an Internet-based affiliate network for website operators who want to display advertisements for online merchants on the affiliate's websites.

4. Essociate's principals, including myself and Evan Horowitz, Essociate's CEO, developed and patented a novel method and system by which webmasters in affiliate systems like Essociate's or Eagle's to have access to offers available in a merchant's affiliate system without having to join the merchant's affiliate system.

5. Mr. Horowitz and I are the inventors on Essociate's U.S. Patent No. 6,804,660 (the '660 Patent). And in connection with my role at Essociate, I have substantial experience and knowledge about the online affiliate networking industry including about the business operations of online affiliate networks, and the economics pertinent to online affiliate network businesses.

6. I was familiar with Eagle's online affiliate network when it was operating, which I understand to have offered essentially the same kind of services to affiliates as Essociate's own online affiliate network.

7. I have reviewed the electronic records produced by third party Linktrust Systems, Inc. in response to Essociate's subpoena in this case. Those records contain tens of thousands of individual records, and are extraordinarily voluminous. Attaching them to this declaration would be impossible because it would take thousands of pages. Accordingly, I summarize their contents herein. The originals are available for inspection at the offices of Newman Du Wors LLP,

Essociate's counsel in this action. And Essociate will produce them for the Court's inspection in any format requested or ordered by the Court.

8. Eagle's affiliate system offered advertisements to Eagle's affiliates—webmasters who could post advertisements on webpages and other sites on the Internet.

9. These affiliates then posted the advertisements on the Internet, and Internet users viewing the webpages clicked on the advertisements and were directed to a merchant's website.

10. LinkTrust's records for Eagle's online affiliate system show Eagle's revenue received from merchants for advertising offers provided by Eagle to Eagle's affiliates, Eagle's commission payments to affiliates, and Eagle's gross profit after deducting those payments. If Eagle offered services aside from its online affiliate network, neither those services nor any resulting revenue is reflected in the records from LinkTrust.

11. According to those records, the total revenue received by Eagle for the advertisements was $135,888,340.16. The total commissions due to Eagle's affiliates totaled $115,808,306.83, leaving Eagle with $20,080,033.33 in gross profit.

12. Affiliate marketing systems like Essociate and Eagle's require very little overhead in terms of physical equipment.

13. Computer servers, Internet access, and computer access terminals are all that is required; affiliate businesses can be operated from anywhere in the world, and no offices or other brick-and-mortar locations are required.

14. And in mid-sized operations like Essociate's and Eagle's, salaries are frequently paid principally to the business's founders and owners and are thus actually a measure of profit.

15. The '660 Patent issued in 2004, since that date, Essociate has established a licensing program that allows Essociate's competitors to practice the

system and method claimed.

16. For affiliate networks of approximately the same size as Eagle, Essociate generally receives an effective royalty between 3–5 percent of gross profits—*i.e.* gross revenues less affiliate commissions.

17. Essociate has also considered the scope of infringement, ability of the licensee to pay, and litigation posture when evaluating acceptable royalty rates. Essociate has negotiated lower rates where a licensee demonstrates substantial hardship or some other factor justifying a lower royalty would be appropriate. And Essociate has also negotiated higher effective rates with some infringing competitors.

18. Essociate bases its royalty rate on gross profits—*i.e.* gross revenues less affiliate commissions—because in the online affiliate networking industry, it is typical for licenses, royalties, or commissions to be based on gross revenues or gross profits. This is because in the online affiliate-network marketing industry, fraud is a major concern and it can be very difficult or impossible to verify or even monitor other parties' information and finances, including any purported costs or expenses which might be asserted if the base was net profits instead of gross.

19. Online affiliate networks like Essociate and Eagle are part of a multi-billion dollar industry, and affiliate marketing systems like Eagle's are dependent on the '660 Patent's system and method.

I certify and declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 9th day of January, 2015.

_____
Michael Landau