Derek A. Newman, State Bar No. 190467
*dn@newmanlaw.com*
Sophy J. Tabandeh, State Bar No. 287583
*sophy@newmanlaw.com*
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA  90401
Telephone:  (310) 359-8200
Facsimile:   (310) 359-8190

John Du Wors, State Bar No. 233913
*john@newmanlaw.com*
Derek Linke (admitted *pro hac vice*)
*linke@newmanlaw.com*
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA  98121
Telephone:  (206) 274-2800
Facsimile:   (206) 274-2801

Attorneys for Plaintiff
Essociate, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EAGLE WEB ASSETS, INC., an Illinois corporation; and EWA NETWORK, INC., an Illinois corporation,<br><br>　　　　　Defendants. | Case No. SACV12-0831-JVS (MLGx)<br><br>**DECLARATION OF SERVICE**<br><br>Date:　　　February 23, 2015<br>Time:　　　1:30 p.m.<br>Courtroom:　10C<br><br>The Honorable James V. Selna<br>Santa Ana Courthouse |

I, Derek Linke, declare and testify as follows:

I am counsel for Plaintiff Essociate, Inc., over the age of 18, and competent to testify as to the matters herein on the basis of personal knowledge.

On January 9, 2015, I served the following documents:

- **DECLARATION OF SERVICE;**
- **NOTICE OF APPLICATION AND APPLICATION BY PLAINTIFF ESSOCIATE, INC. FOR DEFAULT JUDGMENT AGAINST DEFENDANTS EAGLE WEB ASSETS, INC. AND EWA NETWORK, INC.;**
- **PROPOSED ORDER GRANTING PLAINTIFF ESSOCIATE, INC.'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS EAGLE WEB ASSETS, INC. AND EWA NETWORK, INC.;**
- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF ESSOCIATE, INC.'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS EAGLE WEB ASSETS, INC. AND EWA NETWORK, INC.; and**
- **DECLARATION OF MICHAEL LANDAU IN SUPPORT OF PLAINTIFF ESSOCIATE, INC.'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS EAGLE WEB ASSETS, INC. AND EWA NETWORK, INC.**

On Defendants Eagle Web Assets, Inc. and EWA Network, Inc. by the following means of service:

| | |
|---|---|
| EWA Network, Inc.<br>Ryan Eagle<br>207 Willow Parkway, #93<br>Buffalo Grove, IL  60089 | Eagle Web Assets, Inc.<br>Ryan Eagle<br>207 Willow Parkway, #93<br>Buffalo Grove, IL  60089 |

By depositing the documents in U.S. Mail, so addressed, with postage fully prepaid

I certify and declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 9th day of January, 2015.

Derek Linke

2
DECLARATION OF SERVICE