UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-0831 JVS (MLGx) | Date | January 12, 2015 |
| Title | Essociate, Inc. v. Eagle Web Assets, Inc. | | |

Present: The Honorable     James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Sophy Tabandeh | No Appearance |

**Proceedings:** Status Conference

      Cause called and counsel for plaintiff makes her appearance. The Court and counsel confer. The plaintiff indicates that their motion for default judgment was filed on January 9, 2015 and is set for hearing on February 23, 2015.

                                                                                                     0   :   02

Initials of Preparer     kjt